

February 7, 2025

**BY ECF**

Hon. Margo K. Brodie. U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

                Re:  Mercante v. Tarzia
                    <u>Civil Action No. 1:24-cv-08471</u>

Dear Judge Brodie:

    We represent defendant in the referenced matter and write to request a 10-day extension of time to respond to the Complaint.

    The present due date for the response is February 10, 2025.  There have been no previous requests to enlarge the time to file the response. Plaintiff, through counsel, has consented to this request.

    Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    Ronald D. Coleman