# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

March 28, 2025

BY EMAIL

J. Remy Green, Esq.
Cohen & Green P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, New York 11385

    Re: Mercante v. Tarzia
      <u>Civil Action No. 1:24-cv-08471</u>

Dear Remy:

 As you know, we represent defendant Jeff Tarzia in the referenced matter. Pursuant to Judge Brodie's Individual Practices and Rules 3(D), we attach defendant's Notice of Motion to dismiss the complaint and supporting memorandum of law.

          Very truly yours,

          *Ronald D. Coleman*

          Ronald D. Coleman

cc: Hon. Margo K. Brodie. U.S.D.J. (ECF, w/o enc.)
   Don McGowan, Esq.
   Lane Haygood, Esq.