# Appendix 1

Examples of Harassment of Alyssa Mercante



**Josefina Mason** <josefinamason22@gmail.com>                    Mon, Mar 11, 4:24 AM (8 days ago)    ↩    ⋮
to me ▾

This message has been deleted. Restore message

Hi there, hope you´re having a great day.

I know it´s a little impossible with everything going on.

Most of all with you being such an unfuckable sad and pathetic cunt. I know life is giving you everything you deserve, staring with that extremely ugly crack whore face. One of those faces that even a mother has difficulty loving.

Don´t forget to keep on being such a miserable bitch, the world will keep on repaying you until your last solitary breath.

All the best, but the contrary.

Fuck you to the moon you despicable cunt!

Appendix 1                                                                        Page 1 of 22

---------- Forwarded message ---------
From: **'backtothecottenfield' via Kotaku - Tips** <tips@kotaku.com>
Date: Fri, Mar 8, 2024 at 7:22 AM
Subject: alyssa mercante
To: Tips@kotaku.com <Tips@kotaku.com>



Safe your sorry ass, kotaku is next, alyssa needs to be hanged







I hope subhuman niggers beat you into a coma, rape you, then start tearing your skin off alive to eat you  `External`  Inbox ×

 **Anonymousemail** <noreply@anonymousemail.me>                    Tue, Mar 12, 8:43 PM (13 hours ago)    ☆   ↩   ⋮
to me ▾

Powered by **Anonymousemail** → Join Us!

Subhuman weak stupid whores like you deserve to die screaming with black nigger hands beating your stupid skull until you piss yourself and start seizing. No one is going to save you.

---------- Forwarded message ---------
From: **Sander Cohen** <clownx13x@gmail.com>
Date: Thu, Mar 7, 2024 at 3:21 AM
Subject: You should be ashamed
To: <tips@kotaku.com>

Your writer is a disgusting racist and is a perfect example why your company is failing.

---

**One attachment** • Scanned by Gmail ⓘ















---------- Forwarded message ---------
From: **'backtothecottenfield' via Kotaku - Tips** <tips@kotaku.com>
Date: Thu, Mar 7, 2024 at 11:47 AM
Subject: alyssa mercante is next
To: Tips@kotaku.com <Tips@kotaku.com>

Dumb this bitch, you're messing with the wrong people





**Pavle P.**                                    1:28 AM
To: Alyssa Mercante ›

## Regarding your views on Akira Toriyama

After looking at your twitter, I found out you're the most disgusting, ugliest piece of shit I've seen in a while, and I endorse suicide for worthless, dumb and ugly people like you. You bring no value to the world, and suicide would be beneficial to humanity in your case.

Since you're too narcissistic to do that (most parasites are), I also endorse going to a hood in your neighborhood and the mob will do the same. Let's see if black gangsters are so inclusive of pansies like you?

Absolutely despicable human being, either kill yourself or get killed.

Cheers,

















