

July 13, 2025

Hon. Margo K. Brodie, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

By Electronic Filing.

Re:   **Mercante v. Tarzia, 24-cv-08471**

Dear Judge Brodie:

My firm, with co-counsel, represents Plaintiff in the case above. I write, with Defendant's consent, to ask for an expansion of page limits (Individual Rule 3(B)) on the pending motion to dismiss. I also apologize this request is last minute.

Plaintiff is asking for leave to file an opposition memorandum of 30, rather than 25 pages. Defendant has consented. I also offered to ask if Defendant's reply could be 15, rather than 10 pages. Plaintiff, of course, consents to that expansion.

As always, the parties thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.