**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Ronald D. Coleman
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Defendant*

| | |
|---|---|
| ALYSSA MERCANTE.,<br><br>　　　　　　　　*Plaintiff*,<br>　　　v.<br><br>JEFF MR. TARZIA,<br><br>　　　　　　　　*Defendant*. | Case No.: 1:24-cv-08471<br><br>**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

　　　　PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, the undersigned attorneys for defendants shall move before the Court at such time as counsel may be heard for an Order dismissing the Second Amended Complaint.

　　　　PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the undersigned shall rely upon the accompanying Memorandum of Law, together with all pleadings and proceedings on file in this matter.

　　　　　　　　　　　　　　　　　　　　COLEMAN LAW FIRM, PC

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　RONALD D. COLEMAN

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Dated:　June 1, 2025