# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

July 28, 2025

**BY REGULAR MAIL**

Hon. Margo K. Brodie. U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

        **Re:**    Mercante v. Tarzia
                <u>Civil Action No. 1:24-cv-08471</u>

Dear Judge Brodie:

We represent defendant Jeff Tarzia in the referenced matter. Enclosed please find the parties' motion papers filed via ECF today (ECF documents 21-24) in connection with defendant's motion to dismiss the Second Amended Complaint, specifically:

- Doc. 22 – Defendant's Notice of Motion to Dismiss the Second Amended Complaint
- Doc. 22-1 – Defendant's Memorandum of Law in Support of the Motion to Dismiss
- Doc. 23 – Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss
- Doc. 24 – Defendant's Reply Memorandum of Law in Support of the Motion to Dismiss

We are at the Court's disposal in the event Your Honor has any questions or concerns regarding this submission.

                                      Respectfully submitted,

                                      Ronald D. Coleman

cc:    Hon. Lara K. Eshkenazi, U.S.M.J. (w/o enc.)
           Lane A. Haygood, Esq. (email only, w/o enc.)
           Remy Green, Esq. (email only, w/o enc.)
           ECF (w/o enc.)