

August 5, 2025

Hon. Margo K. Brodie, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

By Electronic Filing.

Re:    <u>**Mercante v. Tarzia**</u>, 24-cv-08471

Dear Judge Brodie:

My firm, with co-counsel, represents Plaintiff in the case above.  I write jointly with Defendant's counsel, pursuant to Rule 26(f)(2), to provide a report on the parties' 26(f) conference.

The parties discussed the topics set forth in Rule 26(f)(2), as well as Defendant's anticipated motion for a stay of all discovery pending the motion to dismiss.  The parties conceptually agreed on a standard discovery schedule, but also agreed it made sense to have Defendant's stay motion resolved prior to that schedule beginning in earnest.  Thus, if discovery is not stayed, the parties propose filing a proposed case management plan after the Court issues the relevant order.

The parties propose the following schedule for briefing a motion for a Local Rule 37.2 Conference on Defendant's anticipated motion to stay:[1]

- Monday, August 11, 2025:  Defendant to serve motion on Plaintiff;
- Monday, August 18, 2025:  Plaintiff to serve opposition on Defendant;
- Tuesday, August 19, 2025:  Defendant to file motion papers on the docket.

Thereafter, the parties are available for any Local Rule 37.2 conference the Court wishes to schedule. The parties are also, of course, open to however else the Court would like to resolve this dispute (whether by conference only, letters only, or something else).

As always, all parties thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____

---

[1] The Court's current Individual Rules require discovery motions to "follow Local Civil Rules 37.3 and 6.4." However, Local Civil Rules 37.3 and 6.4 have both been withdrawn.  With that said, the parties conferred by telephone in an attempt to resolve the dispute as would have been required under prior Local Civil Rule 37.3(a), and the parties are essentially proposing a schedule for the letter practice that would have been required by prior Local Civil Rule 37.3(c).



J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

COHEN&GREEN

Page 2 of 2