# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

August 20, 2025

**BY ECF**

Hon. Margo K. Brodie. U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

      **Re:**  Mercante v. Tarzia
         <u>Civil Action No. 1:24-cv-08471</u>

Dear Judge Brodie:

We represent defendant Jeff Tarzia in the referenced matter. We write on consent of plaintiff to request an extension of time, until this coming Monday, August 25th, for the submission of a motion to stay discovery pending resolution of defendant's motions to dismiss. We write in an abundance of caution in light of the joint submission under Rule 26(f) (Doc. 26).

Thank you.

                Respectfully submitted,

                Ronald D. Coleman