

August 21, 2025

Hon. Margo K. Brodie, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

By Electronic Filing.

      Re:     <u>Mercante v. Tarzia, 24-cv-08471</u>

Dear Judge Brodie:

     My firm, with co-counsel, represents Plaintiff in the case above.  I write to ask for clarification of the Court's August 21, 2025 Minute Order just entered.

     As the Court may recall, the parties filed a Rule 26(f) conference report that proposed a schedule for Defendant's anticipated motion to stay discovery.  ECF No. 26.  On August 14, 2025, Defendant asked for — and Plaintiff provided — consent for a motion to extend Defendant's initial deadline to serve on Plaintiff the motion itself.  Plaintiff agreed, so on August 20, 2025, Defendant filed a motion seeking leave to extend time "for the submission of a motion to stay discovery" — but more precisely, meant the deadline not for "submission" but to serve the initial motion.

     As it stands, Plaintiff understands Defendant intends to serve the motion on Monday, August 25, 2025 — but the motion will not be fully briefed until a week later (at least, keeping the spacing in ECF No. 26 intact).  And Plaintiff believes she likely needs a week to respond.

     Accordingly, Plaintiff — with Defendant's consent — wants to confirm that the Court meant to (or otherwise would have, with understanding of the clarification above) grant the motion at ECF No. 27 in full and move all deadlines back, rather than requiring the full bundle to be filed on August 25, 2025.

     As always, I thank the Court for its time and consideration.

                                                      Respectfully submitted,

                                                      /s/
                                             _____
                                             J. Remy Green
                                                *Honorific/Pronouns: Mx., they/their/them*
                                             **COHEN&GREEN P.L.L.C.**
                                             *Attorneys for Plaintiff*
                                             1639 Centre St., Suite 216
                                             Ridgewood, New York 11385



cc:
All relevant parties by electronic filing.

COHEN&GREEN

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com