# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

August 25, 2025

**BY ECF**

Hon. Margo K. Brodie. U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

      **Re:**    Mercante v. Tarzia
             <u>Civil Action No. 1:24-cv-08471</u>

Dear Judge Brodie:

We represent defendant Jeff Tarzia in the referenced matter. We write to confirm that defendant has on this date served plaintiff with his notice of motion and supporting memorandum of law requesting a stay of discovery.

                                      Respectfully submitted,

                                      Ronald D. Coleman