

August 28, 2025

Hon. Margo K. Brodie, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

By Electronic Filing.

    Re: **Mercante v. Tarzia, 24-cv-08471**

Dear Judge Brodie:

  My firm, with co-counsel, represents Plaintiff in the case above.

  Under the Court's Individual Rule 3(D), this letter is to confirm Plaintiff has served Defendant with her letter opposition to Defendant's motion to stay/Local Rule 37.2 motion for a discovery pre-motion conference.

  As always, I thank the Court for its time and consideration.

            Respectfully submitted,

            /s/
            _____

            J. Remy Green
             *Honorific/Pronouns: Mx., they/their/them*
            **COHEN&GREEN P.L.L.C.**
            *Attorneys for Plaintiff*
            1639 Centre St., Suite 216
            Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.