**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Ronald D. Coleman
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Defendant*

| | |
|---|---|
| ALYSSA MERCANTE., <br><br> *Plaintiff,* <br> v. <br><br> JEFF TARZIA, <br><br> *Defendant.* | Case No.: 1:24-cv-08471 <br><br> **NOTICE OF MOTION TO STAY DISCOVERY PENDING RESOLUTION OF PLAINTIFF'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that the undersigned attorney for defendants shall move before the Court at such time as counsel may be heard for an Order staying discovery pending the Court's resolution of defendant's motion to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) and for sanctions under New York's anti-SLAPP law.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the undersigned shall rely upon the accompanying Memorandum of Law, together with all pleadings and proceedings on file in this matter.

COLEMAN LAW FIRM, PC

By: _____
RONALD D. COLEMAN

*Attorneys for Defendants*

Dated: August 25, 2025