

**Keir Starmer** @Keir_Starmer · Jul 29

My statement on the humanitarian crisis in Gaza and our plan for peace including the recognition of a Palestinian State.



💬 13K   🔁 4.8K   ♥ 16K   📊 6M

**Ron Coleman** @RonColeman · Jul 29



💬 54   🔁 90   ♥ 1.3K   📊 47K