**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

(212) 400-4930

September 24, 2025

**RE: Cause No. 1:24-cv-08471-MKB, styled *Mercante v. Tarzia***

**Dear Magistrate Judge Eshkenazi:**

Please find enclosed our proposed discovery order as requested and due today, September 24, 2025. A copy of this document was sent by email to opposing counsel, Mr. Ronald D. Coleman, on September 23, 2025, but no response was received by the deadline for filing the same with the Court.

Please contact our office with any questions.

Sincerely,

**Lane A. Haygood**
KAMERMAN, UNCYK, SONIKER, & KLEIN, PC
1700 Broadway, 16th Floor
New York, New York 10019
432.279.0411
lhaygood@kusklaw.com

**J. Remy Green**
remy@feemelaw.com
COHEN & GREEN, PLLC
1639 Center St., Suite 216
Ridgewood (Queens), New York 11385
929.888.9480

Counsel for Plaintiff, Alyssa Mercante

CC:   Ronald D. Coleman
      Alyssa Mercante (to file)