**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

---

(212) 400-4930

December 10, 2025

Hon. Margo K. Brodie, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

**By electronic filing**

    **RE: Mercante v. Tarzia, 24-cv-08471**

Dear Judge Brodie:

I am co-counsel for Plaintiff in the case above. I write, on consent, to request an extension of time to complete jurisdictional discovery. Pursuant to the Court's ruling on November 4, 2025, the parties were to have completed jurisdictional discovery by December 19, 2025. ECF No. 37.

Defendant recently completed his initial rounds of responses, and on December 10, 2025, the parties productively met and conferred regarding those responses and Defendant's production. The parties agreed on revised responses and additional production, which will take some time. Additionally, the parties discussed whether certain records sought in Plaintiff's request might be easier to collect with a So Ordered subpoena, and if the parties ultimately agree on that path, a response will take time as well.

Therefore, by consent, the parties are requesting that the Court enlarge the deadline to have completed jurisdictional discovery by an additional forty-five (45) days, up to and including February 2, 2026. As per this Court's rules, there have been no previous requests to enlarge this deadline.

We thank you for your time and consideration.

                                                Respectfully submitted,

                                                _/s/ Lane A. Haygood_
                                                Lane A. Haygood
                                                lhaygood@kusklaw.com
                                                KAMERMAN, UNCYK, SONIKER &
                                                KLEIN, P.C.
                                                1700 Broadway, 16th Floor
                                                New York, New York 10119

cc:
All relevant parties by electronic filing.