**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

———

(212) 400-4930

December 11, 2025

Hon. Margo K. Brodie, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

**By electronic filing**

    **RE: Mercante v. Tarzia, 24-cv-08471**

Dear Judge Brodie:

I am co-counsel for Plaintiff in the case above. We are requesting, with consent of the Defendant, the issuance of a court order authorizing Plaintiff to serve the attached subpoena on Discord, Inc., pursuant to this Court's order of November 4, 2025 (ECF # 37) at 53-54. This procedure was agreed to by defense counsel at our meet-and-confer on December 10, 2025. We propose a return date for that subpoena of January 15, 2026, well in advance of our extended jurisdictional discovery deadline.

We thank you for your time and consideration.

                                                      Respectfully submitted,

                                                      */s/ Lane A. Haygood*
                                                      Lane A. Haygood
                                                      lhaygood@kusklaw.com
                                                      KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.
                                                      1700 Broadway, 16th Floor
                                                      New York, New York 10119

cc:
All relevant parties by electronic filing.