**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **ALYSSA MERCANTE,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**JEFF TARZIA,**<br><br>*Defendant*. | DEFENDANT'S RESONSES TO STIPULATED SUBSET OF PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY<br><br>1:24-cv-08471-MKB |

Pursuant to the Federal Rules of Civil Procedure and Local Rules 26.2 and 26.3 of this Court, defendant provides the following responses to those portions of Plaintiff's First Request for Production on Defendant as revised, per the Court's order concerning jurisdictional discovery, by stipulation between counsel for the parties (the "First Requests").

**OBJECTIONS TO**
**INSTRUCTIONS AND DEFINITIONS**

Defendant objects to all the Instructions and Definitions to the First Requests to the extent any of them purports to impose on him any disclosure requirements greater than or otherwise inconsistent with the Federal Rules of Civil Procedure and Local Rules 26.2 and 26.3.

**RESPONSES AND**
**OBJECTIONS TO REQUESTS FOR PRODUCTION**

1. *Please provide copies of all documents identified in response to the [operative] Interrogatories.*

    **RESPONSE**: Subject to the objections set forth in the respective Interrogatories, the requested documents are served herewith.

2. *[Deferred]*

3. *[Deferred]*

4. *[Deferred]*

1

5. *Please provide full resolution video of all YouTube shorts, reels, streams, or other online video communications that have featured Jeff Tarzia concerning Alyssa Mercante or the subject of the Lawsuit [as concerns discoverable information bearing on personal jurisdiction].*

**RESPONSE**: Defendant discussed the issue of jurisdiction in a livestream located at https://youtu.be/GIkc3syxbE0. He has also alluded to or discussed his residence in the State of California in other uploads too numerous to list and regarding which searching and collection would be unduly broad and unreasonably burdensome, and he objects to any suggestion that he is required under the applicable rules to produce such information.

6. *[Deferred]*

7. *Please provide documents concerning KiwiFarms, including especially communications between you and any member of KiwiFarms [as concerns discoverable information bearing on personal jurisdiction].*

**RESPONSE:** Defendant neither possesses nor controls custody of any responsive documents.

8. *[Deferred]*

9. *Please provide all records of financial transactions from GiveSendGo that concern the Lawsuit [as concerns discoverable information bearing on personal jurisdiction].*

**RESPONSE:** Responsive documents, designated as confidential, are served herewith.

10. *Please provide all records of income from your YouTube channel from March 1, 2024, to present [as concerns discoverable information bearing on personal jurisdiction].*

**RESPONSE:** Defendant neither possesses nor controls custody of any responsive

documents because YouTube does not provide users with a breakdown of income by state of origin.

11. *Please provide all records of income from the SmashJT Website from March 1, 2024 to present [as concerns discoverable information bearing on personal jurisdiction].*

   **RESPONSE:** Defendant neither possesses nor controls custody of any responsive documents.

12. *Please provide all documents concerning Paywall revenue concerning the SmashJT Website, with sufficient information to determine the state from which any revenue originated.*

   **RESPONSE:** Defendant neither possesses nor controls custody of any responsive documents and is unaware of whether or not the payment processor collects such information.

13. *Please provide all records of any income from any other source from March 1, 2024, to present [as concerns discoverable information bearing on personal jurisdiction].*

   **RESPONSE:** Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.

14. *Please provide all written and electronic communications between you and any persons who have consulted with you regarding your social media presence and strategy as concerns (1) Mercante; (2) End Kotaku; and (3) the Lawsuit [as concerns discoverable information bearing on personal jurisdiction].*

   **RESPONSE:** Defendant neither possesses nor controls custody of any responsive documents.

15. *[Deferred]*

3

*16. [Deferred]*

*17. [Deferred]*

*18. Please provide all documents concerning the subject matter of your counsel's disclosed advice and disclosed "opinion" that "he felt like there was something greater at play here" and that "they have nothing here." SmashJT, JT Live Black Girl Gamers on the attack (...again), YOUTUBE, at 0:23:42-00:25:05 (Dec. 14, 2024) [as concerns discoverable information bearing on personal jurisdiction].*

> **RESPONSE:** Defendant objects to this Request on the ground that it seeks protected confidential attorney-client communications.

*19. [Deferred]*

*20. [Deferred]*

*21. [Deferred]*

*22. [Deferred]*

## RESPONSES AND OBJECTIONS TO INTERROGATORIES

*1. [Deferred]*

*2. [Deferred]*

*3. [Deferred]*

*4. Identify all persons whom you have hosted on your YouTube channel to discuss Alyssa Mercante since March 1, 2024.*

> **RESPONSE:** Sean Martin, Kenny "Atraes," Ronald Coleman (counsel for defendant)

*5. Identify all persons on whose social media platforms you have appeared where Alyssa Mercante was discussed since March 1, 2024.*

> **RESPONSE**: None.

6.  *[Deferred]*

7.  *Identify all of your monetized videos or social media posts concerning Alyssa Mercante, this litigation or any subject concerning this litigation, and identify the amount any income from those posts or videos, since March 1, 2024 [as concerns discoverable information bearing on personal jurisdiction].*

>    **RESPONSE:**  Defendant objects to this Interrogatory on the ground that it is unduly broad and unduly burdensome.  Plaintiff is aware that Defendant has discussed the topics listed on dozens of livestreams and many social media posts. It would be unduly burdensome and out of proportion to the value of the discoverable information sought

8.  *Identify what internal metrics or software you use to track income and profitability from your social media endeavors.*

>    **RESPONSE**:  Defendant objects to this Interrogatory on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of this objection, Defendant states that he utilizes YouTube's data and metrics as well as Social Blade (www.socialblade.com).

9.  *[Deferred]*

10. *[Deferred]*

11. *[Deferred]*

## VERIFICATION

  I verify pursuant subject to penalties for perjury that the foregoing responses to Interrogatories are true and correct to the best of my knowledge.

JEFF TARZIA

November 25, 2025

5

As to responses to requests to produce and    objects to the interrogatories,

COLEMAN LAW FIRM, PC

RONALD D. COLEMAN

50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Defendant*

Dated:  November 25, 2025