UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALYSSA MERCANTE,<br><br>                *Plaintiff*,<br><br>-*against*-<br><br>JEFF TARZIA,<br><br>                *Defendant*. | DEFENDANT'S RESONSES TO PLAINTIFF'S FIRST SET OF SUPPLEMENTAL WRITTEN DISCOVERY (JURISDICTION)<br><br>1:24-cv-08471-MKB |

Pursuant to the Federal Rules of Civil Procedure and Local Rules 26.2 and 26.3 of this Court, defendant provides the following responses to those portions of Plaintiff's supplemental First Request for Production on Defendant (the "Supplemental First Requests").

## OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS

Defendant objects to all the Instructions and Definitions to the Supplemental First Requests to the extent any of them purports to impose on him any disclosure requirements greater than or otherwise inconsistent with the Federal Rules of Civil Procedure and Local Rules 26.2 and 26.3.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

24. *All documents concerning your ownership and management of the SmashJT Website, including, but not limited to, documents concerning purchase of the domain, document that show when you utilized Wix to set up your website, including any documentation for anyone who performed contract or free labor in assisting you in setting up or maintaining the website.*

1

**RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

25. *A copy of your website's code, including any interactive elements.*

    **RESPONSE**:  A copy of defendant's website code is served herewith as TARZIA 0055-1103.

26. *All documents concerning purchases or uses of the SmashJT Website by location, including potentially:*

    *a. Server logs for the SmashJT web site showing, in particular, any users who log in from an IP address located within the State of New York.*

    *b. Documents concerning which products offered for sale on your website or a platform you control that were directed to or shipped to an address in the State of New York.*

    **RESPONSE**:  Defendant neither possesses nor controls custody of any responsive documents.

27. *Server logs for your Discord web server showing, in particular, any users who log in from an IP address located within the State of New York.*

    **RESPONSE**:  Defendant neither possesses nor controls custody of any responsive documents.

28. *Any document, including bank statements, reflecting payments to or from a New York resident, concerning any of your activities on X, YouTube, the SmashJT Website, and the like.*

> **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

29. *Any tax document filed with a state or federal taxing authority showing income earned from the State of New York.*

> **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of these objections, defendant states no such document exists.

30. *Any tax document filed with a state or federal taxing authority showing business expenses from a company or individual located within the State of New York.*

> **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

31. *All documents concerning communications with Kotaku.*

>**RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction. Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

32. *All documents concerning your sources of income, including any income from the State of New York.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction and on the ground that the phrase "income from the State of New York" is vague and ambiguous.

33. *Documents, including contracts, with any Internet service provider, social media website, forum, or other entity with whom you maintain an account that generates any income, including, but not limited to, YouTube, Twitch, Discord, Twitter, Gab, Telegram, or otherwise.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction. Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents, and he represents that any user agreements between him and such services are the standard online agreements accessible to any person.

34. *Documents reflecting any subscription, on any platform, by another to your content, including, but not limited to, Wix, YouTube (including SuperChats), Patreon, Twitch, Discord, or any other interactive website, from any user with an IP address within the State of New York.*

   **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction. Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents, and he represents that any user agreements between him and such services are the standard online agreements accessible to any person.

35. *To the extent not covered by Request 10, all information concerning SuperChat donations.*

   **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction and on the grounds that it is excessively broad and unduly burdensome.

36. *Documents sufficient to show the identity and location of all donors to your GiveSendGo, GoFundMe, or any other crowdfunding platforms, including any donations or gifts from persons located within the State of New York or who list New York as their state of residence.*

   **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information

5

bearing on personal jurisdiction.  Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

37. *Documents sufficient to show any private gifts in excess of $100 given to you for legal fees or anything related to this lawsuit from any person located within the State of New York or that has their official residence within the State of New York.*

    **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.

38. *Documents sufficient to identify "hypnotic," including whether hypnotic has a New York address (we take this opportunity to note that portions of such information – like the actual home address, as opposed to the state of residence – can be designated confidential).*

    **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

39. *Documents sufficient to identify "ToastywiththeMosty" including whether ToastywiththeMosty has a New York address.*

    **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information

bearing on personal jurisdiction. Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

40. *Documents sufficient to identify RevSaysDesu including whether RevSaysDesu has a New York address.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction. Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

41. *All documents concerning communications with Hypnotic concerning the Relevant Topics.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction. Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

42. *All documents concerning communications with Toastywiththemosty concerning the Relevant Topics.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction. Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

43. *All documents concerning communications with RevSaysDesu concerning the Relevant Topics.*

    **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of these objections, defendant states that he neither possesses nor controls custody of any responsive documents.

44. *All documents concerning communications with any content creator, streamer, or commentator that lives within the geographic confines of the State of New York concerning the Relevant Topics.*

    **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.

45. *All documents concerning any revenue sharing agreements between you and any New York-based content creators, including, but not limited to, hypnotic, Toastywiththemosty, and/or RevSaysDesu.*

    **RESPONSE**:  Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.  Without waiver of these objections, defendant states that no such documents exist.

46. *Documents concerning any travel by you, to New York, for personal or business purposes from January 1, 2024, until the present, including, but not limited to, plane tickets, hotel reservations, dining receipts, or receipts for the purchases of goods.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.

47. *Documents concerning any podcasts, YouTube channels, TikTok videos, Facebook/Instagram Reels, or similar online services on which you appeared which were done with any person, whether the host of the service or not, within the geographic confines of the State of New York.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.

48. *Documents concerning other content creator (or the like) who is or may be a New York resident who has appeared on any podcasts, YouTube channels, TikTok videos, Facebook/Instagram Reels, or similar online services that you hosted.*

    **RESPONSE**: Defendant objects to this Request on the ground that it is not calculated to lead to the discovery of admissible evidence as concerns discoverable information bearing on personal jurisdiction.

COLEMAN LAW FIRM, PC

By: _____
    RONALD D. COLEMAN

50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Defendant*

Dated:  December 10, 2025