# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

January 15, 2026

**BY ECF**

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

      **Re:**  Mercante v. Tarzia
         <u>Civil Action No. 1:24-cv-08471</u>

Dear Judge Eshkenazi:

  We represent defendant in this matter and write to request, on consent of plaintiff, an extension of time to respond to plaintiff's pending discovery motion (ECF 44), which Your Honor directed, on January 13, 2025, defendant to submit by Friday, January 16, 2026. Our request is that this deadline be extended to Monday, January 19, 2026.

  Plaintiff extended her consent to this request on condition that defendant consent to her anticipated request for leave to file a reply to his reply the next day, Tuesday, January 20th. We do consent.

           Respectfully submitted,

           */s/ Ronald D. Coleman*

           Ronald D. Coleman