











Hypnotic

Nov 9, 2024

Jeff.tarzia@gmail.com   9:09 AM

Sent   9:14 AM

Did you get admin invite   9:15 AM

Yeah sorry one sec doing dishes

Happy wife happy life   9:19 AM

Can you see access to all the sound tabs and such?   9:22 AM

ok I'm in – checking   9:22 AM

i think my internet is good enough to run the intro

So i can do all that   9:22 AM

Ok – I was gonna say I can hande that as well if you need – I think I get how to do it – you said you just manually play each one after the next right?

yeah but its not in full order

you have to have the order memorized

00:10:08:59

Message















Oh nice! Thanks ahaha I've been looking for some bs to react to. It's been too long 🤣    9:00 AM ⊘

Do you have cashapp  12:30 PM

I think so – why?  12:30 PM ⊘

What is it  12:30 PM



https://cash.app/$SmashxJT    🔗

Dude – you really don't need to give me anything. It's my pleasure to help out. Seriously  12:31 PM ⊘

Shut the fuck up faggot  12:32 PM



Thanks for running the show. Sent you something

Nothing big  12:32 PM

I appreciate it man– I do. But seriously. If you ever need me to hop in and you got family shit – I'm here for you. Assuming I don't have my own     y shit at the same time haha  12:33 PM ⊘

  **Hypnotic** ✓

Yeah I never say I'm not talking about anything again. So dumb. Why people put arbitrary limits on their content always blew me away. Like shit talk about what you want. Why threaten people with holding content back ahaha... fckin women

4:25 PM ⊘

May 13, 2025

The collectors edition box should be arriving today

1:59 AM



Just a fyi  1:59 AM

thx – will keep you posted  9:50 AM ⊘

If i get added to one more alyssa mercante group Im going to lose my shit

9:57 AM



dont tempt me lmfao  10:00 AM ⊘



  **Hypnotic** 

···

you and the group. That was wrong. Don't mind me. Just beating myself up

Nothing happened in there

Other than you leaving  1:27 PM ⊘

Oh ok

Its fine  1:52 PM


I just cant stand the alyssa dedicated chat. Shes such a fucking loser, I have zero interest. I understand why you do, your getting sued by her, i get it. Shes trying to ruin you, i get it. But i cant constantly hear about her and what her retards do.  1:52 PM


Hoping to hit 94k subs in a day or two.  1:53 PM


Thats fair – and yeah I'd prob feel very similar if I wasnt being sued by her lol  1:54 PM ⊘

 **Hypnotic** ✔    •••

you and the group. That was wrong. Don't mind me. Just beating myself up

Nothing happened in there

Other than you leaving 1:27 PM ⊘

Oh ok

Its fine 1:52 PM



I just cant stand the alyssa dedicated chat. Shes such a fucking loser, I have zero interest. I understand why you do, your getting sued by her, i get it. Shes trying to ruin you, i get it. But i cant constantly hear about her and what her retards do.    1:52 PM



Hoping to hit 94k subs in a day or two. 1:53 PM



Thats fair – and yeah I'd prob feel very similar if I wasnt being sued by her lol    1:54 PM ⊘



 🛡️ **Hypnotic** ✓                                                                        •••

Yeah I guess so  12:33 AM

I got you something.
Will need the new address to send it to you when it arrives here.                                    12:33 AM ⊘

Yeah im working on it. I have two new addresses I will be using soon, once everything is ready I will send it over to you.

But why did you get me something

I dont need a mold of your dick  12:34 AM


Ok no stress.  12:34 AM ⊘

send it to atraes  12:34 AM


↰ Hypnotic

But why did you get me something

Because I owe you a lot. You've been a blessing to the channel. I'll never forget that. No diddy.
12:35 AM ⊘