

January 26, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

        Re:    Mercante v. Tarzia, 24-cv-08471

Dear Judge Eshkenazi:

      As the Court may recall, my firm, with co-counsel, represents Plaintiff in the case above. I write, with Defendant's consent, to ask for a 20-day[1] extension of the current jurisdictional discovery end date, making the new proposed end date February 23, 2026 (with the applicable weekend roll-over).

      Per the Court's Individual Rule I(A)(2), (1) the original deadline to complete jurisdictional discovery was December 19, 2025 (ECF No. 37), and the current deadline is February 2, 2026 (Dec. 11 Minute Order), (2) the reason for the extension is below, (3) Defendant consents to a 20-day extension, and (4) this is the second extension of the jurisdictional discovery end date.

      The reason is, essentially that the Court adjourned the hearing on a pending discovery motion from Thursday, January 29, 2026 to Monday, February 9, 2026. So, at a minimum, discovery should not end before the motion is resolved.

      In light of the above, Plaintiff asks the Court to extend the current jurisdictional discovery end date to February 23, 2026.

      As always, we thank the Court for its time and consideration.

                                         Respectfully submitted,

                                               /s/
                                       _____

                                       J. Remy Green
                                          *Honorific/Pronouns: Mx., they/their/them*
                                       COHEN&GREEN P.L.L.C.
                                       *Attorneys for Plaintiff*

---

[1] Plaintiff initially asked if Defendant would consent to 45 days, in light of the need for more time following resolution of the pending motion. Defendant indicated he would only consent to 20 days, but suggested the parties discuss this at the upcoming conference.



1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

COHEN&GREEN                                                                                                    Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com