

February 11, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

      Re:     Mercante v. Tarzia, 24-cv-08471

Dear Judge Eshkenazi:

     As the Court may recall, my firm, with co-counsel, represents Plaintiff in the case above. Following the discussion on the record at the conference Monday, as we discussed, the parties agreed upon an updated Protective Order that now includes a limited Attorneys' Eyes Only provision.

     The only change from the previous Order is in paragraph 6, which essentially adopts the same procedural rules for Confidential material, but limits recipients to attorneys and the Court.

     Accordingly, as discussed at the conference, the parties respectfully request the Court enter this updated Protective Order.

     As always, we thank the Court for its time and consideration.

                              Respectfully submitted,

                                  /s/
                            _____
                            J. Remy Green
                                *Honorific/Pronouns: Mx., they/their/them*
                            **COHEN&GREEN P.L.L.C.**
                            *Attorneys for Plaintiff*
                            1639 Centre St., Suite 216
                            Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.