

February 17, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re: <u>Mercante v. Tarzia,</u> 24-cv-08471

Dear Judge Eshkenazi:

  As the Court may recall, my firm, with co-counsel, represents Plaintiff in the case above. Pursuant to the Court's February 10, 2026 Minute Order, I write to provide a joint status update as to discovery.

  As more fully detailed on the record on February 9, 2026, the Court Ordered production in response to Plaintiffs Document Requests Nos. 9, 10, 11, 12, 13, 24, 26, 34, 14, 35, and 25. For convenience, a transcript of the conference is attached as Ex. 1.

  The Court asked Defendant "how much time do you think you need now to comply with all of these requests," making sure to clarify "that gives you both time for the meet and confer as we discussed as well?" Ex. 1 at 44.

  Defendant reached out today, February 17, 2026, with an "update," promising a "large" production that would begin at some point tonight, and is "expected to be completed by no later than Thursday COB." But no documents or updated responses have been produced since the conference.[1] Otherwise, here is the current status of the various directives the Court gave.

**Meet and Confer:** On Monday, February 9, after the appearance, Plaintiff asked Defendant to "let us know when you are available this week for the meet and confer the Court directed with screensharing, etc." Defendant did not respond until writing an email today. Later in the same thread, after Defendant raised the issues he described in ECF No. 50, Plaintiff sent a reminder that she "ha[dn't] heard back on other things in this thread."

---

[1] Defendant is contemporaneously making a motion to extend the time to comply with the Court's Orders and the corresponding end date for jurisdictional discovery.

If the Court denies that motion, Plaintiff's position is that the time has come for remedies under Rule 37(b)(2)(i) and (ii) that "prohibit the disobedient party from" asserting any defense based on personal jurisdiction (and allowing the Court to move on to resolving the outstanding claim for Rule 37 fees).



   During a phone call today, Defendant offered to schedule the meet and confers at some point in the near future. Accordingly, the parties have not had the meet and confers the Court Ordered to take place before today. Today, Defendant offered to be available February 18, 2026, and if the Court grants an extension, the parties will meet then.

**Direct Messages and Communications:** Defendant has not made any further production, but today made a representation that a further production is forthcoming to begin tonight, and he expects it will be complete by the close of business on Thursday.

**GiveSendGo Information:** The parties submitted a proposed order with an Attorneys' Eyes Only provision. The Court entered it as an Order.

   Defendant has not made any further production, but today made a representation that a further production is forthcoming to begin tonight, and he expects it will be complete by the close of business on Thursday.

**Wix Backend Code and Subpoena:** Plaintiff asked Defendant to sign a stipulation to expedite and enable a subpoena to Wix for the backend code Defendant claimed he cannot produce. Defendant did not respond, so Plaintiff served a subpoena on Wix without a stipulation. Wix responded, indicating it had objections that would be resolved by a stipulation. Defendant signed the stipulation today, which Plaintiff immediately served on Wix.

**LLM Chatbot Transcripts:** Defendant has not made any further production, but today made a representation that a further production is forthcoming to begin tonight, and he expects it will be complete by the close of business on Thursday.

**SuperChat Documents:** Defendant has not made any further production, and represents that Defendant is not in possession of responsive documents. The parties will discuss this issue at a meet and confer if the Court grants an extension.

   As always, we thank the Court for its time and consideration.

                     Respectfully submitted,

                      /s/
                     _____

                      J. Remy Green
                       *Honorific/Pronouns: Mx., they/their/them*
                      **COHEN&GREEN P.L.L.C.**
                      *Attorneys for Plaintiff*
                      1639 Centre St., Suite 216
                      Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com