This is a copy of a conversation between ChatGPT & Anonymous.

**Report conversation**

I'm smash JT and what does this ruling mean: ORDER granting 40 Motion to Compel.

Defendant is directed to produce all documents responsive to Plaintiffs Document Requests Nos. 7, 38-44 by 1/28/2026. (See ECF 40 at 3.) Rule 26(b)(1) provides that parties may obtain discovery regarding any nonprivileged material that is relevant to any partys claim or defense and proportional to the needs of the case.

Fed. R. Civ. P. 26(b)(1). Relevancy under Rule 26 has been construed broadly to encompass any matter that bears on, or that reasonably could lead to other matter that could bear on, any issue that is or may be in the case. McCloud v. City of N.Y., No. 23-cV-8341 (NRM) (CLP), 2025 U.S. Dist. LEXIS 266803, at *4 (E.D.N.Y. Dec. 29, 2025). Moreover, a district court has broad latitude to determine the scope of discovery and to manage the discovery process. Carl v. Edwards, No. 16-cv-3863 (ADS) (AKT), 2017 U.S. Dist. LEXIS 156378, at *9 (E.D.N.Y. Sep. 25, 2017) (internal quotations and citations omitted). Motions to compel are left to the courts sound discretion. Bartlett v. Dejoy, No. 22-cv-03398 (GRB) (JMW), 2023 U.S. Dist. LEXIS 80333, at *3 (E.D.N.Y. May 7, 2023) (citation omitted).Judge Brodie granted Plaintiff jurisdictional discovery to determine, inter alia, the extent of Defendants relationship with New York-based content creators, including, but not limited to, Hypnotic, ToastywiththeMosty, and RevSaysDesu. (ECF 37 at 53.) Judge Brodie determined that Iinformation such as Defendants interactivity and

Jeff — in plain English, this order means the judge **sided with the Plaintiff on their Motion to Compel** and is now **forcing you (the Defendant) to turn over specific discovery**

TARZIA001146 CONFIDENTIAL

documents by a hard deadline.

Here's what it means, broken down clearly:

---

## ✅ 1) "ORDER granting 40 Motion to Compel"

This means:

- The Plaintiff filed a request asking the court to **force you to produce discovery**
- The court **AGREED** with them
- So now it's not optional or negotiable anymore, it's a **court order**

---

## ✅ 2) "Defendant is directed to produce all documents responsive to Plaintiffs Document Requests Nos. 7, 38–44 by 1/28/2026"

This is the main part.

### What you must do:

You must produce **all documents that respond to**:

- **Document Request #7**
- **Document Requests #38 through #44**

### The deadline:

📌 **January 28, 2026**

If you miss that deadline, Plaintiff can argue you're violating a court order, and that's where things can start escalating (sanctions, fees, etc.).

---

## ✅ 3) The court is basically saying: "Discovery is broad"

The judge is quoting Rule **26(b)(1)** to justify why the Plaintiff gets these materials.

This part is the judge explaining:

- Discovery includes **non-privileged** material
- It can be anything **relevant to a claim or defense**

TARZIA001147 CONFIDENTIAL

- And "relevance" is interpreted **very broadly**
- The judge has **wide discretion** to decide what must be produced

So they're laying the groundwork for:

**"Yes, you have to produce this. It's within the allowable scope."**

---

## ✅ 4) Why this matters in your case (jurisdictional discovery)

The part about **jurisdictional discovery** is extremely important.

It sounds like Plaintiff is trying to prove the court has the right to hear the case against you in **New York**.

The judge is saying Plaintiff is allowed to investigate things like:

- Your relationship with **New York-based content creators**
- Including (examples listed): **Hypnotic, ToastywiththeMosty, and RevSaysDesu**
- Your "interactivity" and connections related to NY

That usually ties into whether you had enough "contacts" with NY for the court to claim jurisdiction over you.

So this order is likely aimed at proving:
✅ "Defendant has sufficient New York connections"
or at least:
✅ "We need more info to decide that."

---

## ✅ 5) What you *do NOT* have to turn over

This order only forces production of:

- documents responsive to **Requests 7 and 38–44**
- that are **non-privileged**

So **privileged materials** (like attorney-client communications, attorney work product) are still protected.

But you may need a **privilege log** if something is withheld as privileged.

TARZIA001148 CONFIDENTIAL

## 🚨 6) The biggest takeaway: you are now on the clock

If you do not comply by **1/28/2026**, Plaintiff can argue:

- you violated a discovery order
- you're delaying discovery
- you should pay their attorneys' fees
- the court should impose sanctions

Even if you disagree with the requests, you generally can't just refuse after this — you'd need your attorney to handle it procedurally.

---

## If you want, paste Requests #7 and #38–44

If you paste the exact text of those document requests (or screenshot them), I can translate them into:

- what they are really asking for
- what files count
- where those files typically exist (DMs, emails, YouTube backend, Discord, phone, etc.)
- what common "gotchas" are in production



TARZIA001149 CONFIDENTIAL