This is a copy of a conversation between ChatGPT & Anonymous.

**Report conversation**

As a wix user do I have access to the backend

Yes **kind of** (but it depends what you mean by "backend").

## ✅ What Wix *does* give you access to

### 1) Your site dashboard/admin

- This is your "backend" in the normal website-owner sense
- Manage pages, blog, store, bookings, members, payments, etc.

### 2) Wix Velo (developer backend)

If you enable **Velo by Wix**, you can build real backend-style stuff like:

- **Backend code files** (server-side JS)
- **Database / Collections** (Wix Data)
- **Private functions / APIs**
- **Automations / triggered actions**
- Connect external APIs

## ❌ What Wix does *not* give you

You **do not** get a traditional server backend like:

- Full server control (like cPanel, VPS, AWS)
- Root access
- Your own MySQL server (Wix has its own database system)
- Installing random backend frameworks like Laravel/Django directly on Wix hosting

## Simple answer

If you mean "**can I edit server-side logic?**" → **Yes, with Velo.**

If you mean "**do I control the actual server hosting like WordPress?**" → **No.**

If you tell me what you're trying to do (logins, database, API, custom forms, etc.), I'll tell you whether Wix supports it and the cleanest way to build it.

TARZIA001231 CONFIDENTIAL

I mean actual serve hosting

Got it. In that case: **no** — Wix does **not** give you access to the actual server hosting.

## What that means in plain English

With Wix you **cannot**:

- SSH into a server
- Access cPanel / WHM
- Edit Apache/Nginx configs
- Install your own backend stack (Node, PHP, Python, etc.)
- Run custom server processes
- Control the underlying hosting environment

## What Wix *does* instead

Wix is **fully managed hosting**, so they handle:

- servers
- security
- scaling
- updates
- infrastructure

## Your closest "backend-like" option on Wix

**Velo by Wix** = lets you run server-side code *inside Wix's environment*, but it's still not *your* server.

If you want true server control, you'd need something like:

- WordPress on your own hosting
- Webflow + external backend
- Custom site on AWS / DigitalOcean / etc.

If you tell me what you want to host/do, I can suggest the best setup.

TARZIA001232 CONFIDENTIAL

Ok I'll ask again and say tha when i do

Perfect 👍

When you ask again, just say something like:

**"On Wix, do I have access to the actual server hosting (like cPanel/SSH/root access), or is it fully managed?"**

☰    ChatGPT ⌄    🎁 Free offer ✕

✅ **Fully managed**

❌ **No server hosting access (no cPanel/SSH/root)**

✅ You *can* use **Velo** for limited backend code inside Wix, but it's not your own server.

n Wix, do I have access to the actual server hosting (like cPanel/SSH/root access), or is it fully managed?

In Wix, you **do not** get access to the actual server hosting (no **cPanel, SSH,** or **root access**).

Wix is **fully managed hosting**.

On Wix, do I have access to the actual server hosting (like cPanel/SSH/root access), or is it fully managed?

On Wix, you **do not** have access to the actual server hosting (**no cPanel, SSH, or root access**).

Wix hosting is **fully managed**.

TARZIA001233 CONFIDENTIAL