**8/25/2025 10:46 AM**

Crooked Delight (CrookedDe_light)

This shit parallels what the cult of Scientology does in court to its victims

**8/25/2025 10:47 AM**

Crooked Delight (CrookedDe_light)

Files a brief, then requests delay, it's designed to waste the court s time and victim into either poverty or giving in.

**8/25/2025 10:47 AM**

Crooked Delight (CrookedDe_light)

Some judges if they were feeling the mood they could've told Remy to shit or get off the gender confused pot.

**8/25/2025 10:48 AM**

Crooked Delight (CrookedDe_light)

But have you noticed, No briefing or paperwork ever from that 3rd lawyer. Just either lane or remy

**8/25/2025 10:49 AM**

Crooked Delight (CrookedDe_light)

But this definitely will test ones resolve and patience.

**8/25/2025 10:49 AM**

Smash JT (SmashJT)

https://t.co/ZW9z905fhG
Attachment: 2Zq5XdY0.jpg

**8/25/2025 10:53 AM**

Smash JT (SmashJT)

Yeah it's all so strange

**8/25/2025 10:57 AM**

Crooked Delight (CrookedDe_light)

Okay, well as I am not a lawyer lol that helps clarification wise

**8/25/2025 10:57 AM**

Crooked Delight (CrookedDe_light)

For any client or common person it would be wtf , glad he clarified

**8/25/2025 10:59 AM**

Smash JT (SmashJT)

https://t.co/nQfiMasmLJ
Attachment: -MzD9Lg1.jpg

**8/25/2025 11:01 AM**

Crooked Delight (CrookedDe_light)

Okay not to sound blonde.
Grey - Ron
Blue- you?

TARZIA002239 CONFIDENTIAL

**8/25/2025 11:01 AM**

Smash JT (SmashJT)

Yes

**8/25/2025 11:01 AM**

Crooked Delight (CrookedDe_light)

Sorry I used civilized phones lol

**8/25/2025 11:01 AM**

Crooked Delight (CrookedDe_light)

Z fold 5 lol

**8/25/2025 11:01 AM**

Crooked Delight (CrookedDe_light)

Interesting reply there about the not optimistic

**8/25/2025 11:02 AM**

Smash JT (SmashJT)

I think he's just pulling out all the stops

**8/25/2025 11:02 AM**

Crooked Delight (CrookedDe_light)

Yeah

**8/25/2025 11:03 AM**

Crooked Delight (CrookedDe_light)

Shame he can't side bar ask the judge if she's tickled amused by the crap they keep flinging to see what sticks

**8/26/2025 5:37 AM**

Crooked Delight (CrookedDe_light)

When you wake up, Ron filed this. https://t.co/ob2t9JScCx
Attachment: X2zhmQod.jpg

**8/26/2025 5:42 AM**

Crooked Delight (CrookedDe_light)

Beyond that nothing changed status wise, im waiting to see the massive dissertation that comes from her side probably tomorrow, for now back to bed then snake eater delta streaming

**8/26/2025 6:05 AM**

Crooked Delight (CrookedDe_light)

https://twitter.com/Alphafox78/status/1959971524724863157
Lol https://t.co/mUxYtuMAjE

**8/26/2025 10:30 AM**

Crooked Delight (CrookedDe_light)

I tagged you in the DEI screen for MGS delta

**8/26/2025 10:30 AM**

Crooked Delight (CrookedDe_light)

It appears and disappears in less than 5 sec

TARZIA002240 CONFIDENTIAL

**11/4/2025 3:34 PM**
Smash JT (SmashJT)

I mean what she would provide to me as oppose to a court order from X

**11/4/2025 3:34 PM**
Smash JT (SmashJT)

https://t.co/sUdC4J6hMm
Attachment: la_yqMlu.jpg

**11/4/2025 3:35 PM**

Hypnotic (RealHypnotic1)

No idea

**11/4/2025 3:35 PM**

Hypnotic (RealHypnotic1)

She has 7 days from the close of discovery

**11/4/2025 3:35 PM**

Hypnotic (RealHypnotic1)

not 7 days from now

**11/4/2025 3:35 PM**
Smash JT (SmashJT)

ah shit

**11/4/2025 3:35 PM**
Smash JT (SmashJT)

youre right

**11/4/2025 3:35 PM**
Smash JT (SmashJT)

i misread

**11/4/2025 3:36 PM**

Hypnotic (RealHypnotic1)

All good

**11/4/2025 5:46 PM**
Smash JT (SmashJT)

HEADS UP

**11/4/2025 5:46 PM**
Smash JT (SmashJT)

https://t.co/GTyvaJo92K
Attachment: QY0lwxqS.png

**11/4/2025 5:47 PM**
Smash JT (SmashJT)

Now we see... They REALLY want info on YOU.

TARZIA008172 CONFIDENTIAL

**11/4/2025 5:47 PM**
Smash JT (SmashJT)

this was FW to me from ron, sent by Alyssa's lawyer. They are willing to drop the defamation claim lol

**11/4/2025 6:27 PM**
Hypnotic (RealHypnotic1)

I don't understand

**11/4/2025 6:41 PM**
Hypnotic (RealHypnotic1)

Theyre basically saying if you let us dig a little more, we will drop the case with prejudice so they can no longer pursue you.

**11/4/2025 6:41 PM**
Hypnotic (RealHypnotic1)

They literally just want to financially drain everyone involve, but thats also going to stop a counter suit to you

**11/4/2025 6:41 PM**
Hypnotic (RealHypnotic1)

Its a trap it seems

**11/4/2025 6:42 PM**
Hypnotic (RealHypnotic1)

This is their last ditch effort to try to gain anything from you before eventually being dismissed regardless

**11/4/2025 6:49 PM**
Hypnotic (RealHypnotic1)

They clearly dont want to go to california

**11/4/2025 6:49 PM**
Smash JT (SmashJT)

Driving atm

**11/4/2025 6:49 PM**
Hypnotic (RealHypnotic1)

Np be safe

**11/4/2025 7:03 PM**
Smash JT (SmashJT)

This is what I responded to Ron with, and he agrees, but wants to chat with me before moving forward with the push back https://t.co/u0v3sfV0nV
Attachment: m13kem-F.jpg

**11/4/2025 7:04 PM**
Smash JT (SmashJT)

Yeah they are desperate rn and probably just saying "fuck" over and over again

**11/4/2025 7:04 PM**
Smash JT (SmashJT)

But like... wtf did they expect lol

TARZIA008173 CONFIDENTIAL

**11/4/2025 7:20 PM**

Hypnotic (RealHypnotic1)

i have no idea tbh

**11/4/2025 7:21 PM**

Hypnotic (RealHypnotic1)

Do you wanan do a twitter call?

**11/4/2025 7:21 PM**

Hypnotic (RealHypnotic1)

or your with your kid

**11/4/2025 7:22 PM**

Smash JT (SmashJT)

I can chat for a few

**11/4/2025 7:23 PM**

Hypnotic (RealHypnotic1)

give me a sec

**11/10/2025 10:49 PM**

Smash JT (SmashJT)

https://x.com/SmashJT/status/1988090275735236632?s=20

**11/12/2025 12:09 AM**

Hypnotic (RealHypnotic1)

https://t.co/QWd5D6UYVo
Attachment: XM72UlNQ.jpg

**11/12/2025 12:17 AM**

Hypnotic (RealHypnotic1)

https://t.co/R5iKayWtp4
Attachment: 4B0fJB9h.jpg

5123 total messages and 0 total images.

TARZIA008174 CONFIDENTIAL