

March 6, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

    Re:  Mercante v. Tarzia, 24-cv-08471

Dear Judge Eshkenazi:

  As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. I write, frankly stunned by Defendant's submission (erroneously labeled "*Plaintiff Submission Only*" on ECF) at ECF No. 62.

  Defendant made a production late last night and early this morning. He sent, yesterday — and before any production was made — a very short set of updates and asked for our edits. We sent them. And we expected to trade a draft or two of a joint status letter, as is normal even in far more adversarial situations than this one. Each party has positions, of course, and a joint letter routinely expresses each side's position.

  Plaintiff sent an updated draft following the limited review she was able to conduct of the production. Attached is the draft — which reflects merely Plaintiff's edits to Defendant's initial draft (and the date has not yet been updated, since it is a draft).

  We would appreciate any assistance the Court is willing to provide.

           Respectfully submitted,

           /s/
          _____

          J. Remy Green
           *Honorific/Pronouns: Mx., they/their/them*
          **COHEN&GREEN P.L.L.C.**
          *Attorneys for Plaintiff*
          1639 Centre St., Suite 216
          Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.