

March 18, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

> **Re:** **Mercante v. Tarzia, 24-cv-08471**

Dear Judge Eshkenazi:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. This letter is to request interim sealing, pursuant to ECF No. 52 ¶ 9, of the unredacted letter at ECF No. 69 as well as the first exhibit attached thereto.

The reason for the redactions is Defendant's designation of the relevant records as confidential. Accordingly, Defendant "has the obligation to make the written application to the Court justifying the proposed sealing and shall make the application within 7 days of the filing." ECF No. 52 ¶ 9. And Plaintiff only asks for sealing in the interim, as provided for by ECF No. 52.

As always, we thank the Court for its time and consideration.

Respectfully submitted,
/s/
_____
J. Remy Green
  *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.