

March 25, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re:     Mercante v. Tarzia, 24-cv-08471**

Dear Judge Eshkenazi:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above.  I write, with Defendant's consent, to ask to reschedule the conference the Court set for April 7, 2026 in a Minute Order yesterday.[1]

I have a trial in Albany beginning that day, and I understand Defendant's counsel has some *Pesach* obligations.  Additionally, I understand Defendant's counsel has a trial beginning April 13th in Seattle.

Accordingly, I have consulted with Defendant, the parties would ask the Court to reschedule the conference to one of the following:

- April 3, 2026; any time after 1:00 p.m.;[2]
- April 21, 2026, any time;
- April 22, 2026, any time.

As always, we thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*

---

[1] I confirmed with Chambers that the Court wanted this in person, and accordingly, am proposing dates that work for that.

[2] That morning, I have a remote, final pre-trial conference for my Albany trial, otherwise we would propose the entire day.



1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

COHEN&GREEN

Page 2 of 2