# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

March 30, 2026

**BY ECF**

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**   *Mercante v. Tarzia*, No. 1:24-cv-08471 (E.D.N.Y.)

Dear Judge Eshkenazi:

Defendant Jeffrey Tarzia respectfully moves, on consent of all parties and the relevant non-party witness, to redact the name of a non-party witness from Defendant's letter filed with the Court on March 29, 2026 (ECF No. 74), and to file a corrected version of that letter with the witness's name replaced by his online alias.

The non-party witness at issue, who appears in the record under the pseudonym "Hypnotic," provided a declaration in this matter and has an existing confidentiality arrangement with the parties. His full name appeared inadvertently in Defendant's March 29 letter. Defendant's letter was filed on an emergency basis Sunday evening, and the inclusion of the witness's name was an oversight. Defendant regrets the error.

Counsel for the witness, Christian M. Wolgemuth, Esq. of McNees Wallace & Nurick LLC, consents to this motion. Plaintiff's counsel has previously indicated no objection to redacting the witness's name from filings in this matter.

Defendant respectfully requests that the Court: (1) authorize the redaction of the witness's full name from ECF No. 74, replacing it with his pseudonym throughout; and (2) permit Defendant to file a corrected version of the letter reflecting that redaction.

Hon. Lara K. Eshkenazi, U.S.M.J.                                                                March 30, 2026
Page 2 of 2

Defendant thanks the Court for its attention to this matter.

Respectfully submitted,

Ronald D. Coleman