**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

**COUNSELORS AT LAW**

**1700 BROADWAY, 16TH FLOOR**

**NEW YORK, NEW YORK 10019**

———

**(212) 400-4930**

April 6, 2026

Hon. Lara K. Eshkenazi, Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

**By electronic filing**

**RE: Mercante v. Tarzia, 24-cv-08471, Plaintiff's Letter Motion for Brief Extension of Time to Respond to Defendant's Rule 26(c) Motion (ECF No. 81)**

Dear Judge Eshkenazi:

As the Court is aware, my firm, along with co-counsel, represents Plaintiff Alyssa Mercante in this matter. I write to respectfully request a brief extension of time, until **Thursday, April 16, 2026**, to respond to Defendant Tarzia's motion for a protective order filed today as ECF No. 81.

1. The deadline, per the Court's Individual Rule III(B)(2), is presently Thursday, April 9, 2026, or three days from the receipt of the motion.

2. There have been no prior adjournments or extensions.

3. Defendant has consented to the extension.

4. We ask that the extension be granted to include Thursday, April 16, 2026.

The reason for the extension is that Mx. Green, who has principally handled this issue, is presently in trial in the Northern District in Albany this week and is unavailable to assist in preparing a response during the pendency of that proceeding. Additionally, I will be presenting oral argument in front of the 7th Circuit on Wednesday, April 8, 2026, and will require additional time to travel for that proceeding and to assist in preparing our response.

We thank the Court for its attention to this matter.

1

Respectfully submitted,

  /s/ Lane A. Haygood
Lane A. Haygood
lhaygood@kusklaw.com
KAMERMAN, UNCYK, SONIKER &
KLEIN, P.C.
1700 Broadway, 16th Floor
New York, New York 10119

cc:
All relevant parties by electronic filing.