

## Discord Invite

**Ronald D. Coleman** <rcoleman@colemanlaw-pc.com>                    Wed, Apr 1, 2026 at 1:20 PM
To: Kathryn Tewson <ktewson@kusklaw.com>, remy green <remy@femmelaw.com>
Cc: Lane Haygood <lhaygood@kusklaw.com>

Agreement confirmed.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC

50 Park Place, Suite 1105

Newark, NJ 07102

973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Wednesday, April 1, 2026 2:16:54 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>; remy green <remy@femmelaw.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>
**Subject:** Re: Discord Invite

Hi Ron: I am emailing at Remy's request to confirm the one immediate action item from the meet and confer that just concluded. You agreed that Jeff's moderators would immediately download and preserve the audit logs from Jeff's discord so that we can address the dispute over whether they should be produced without the specter of immediate and permanent deletion hanging over our heads. If our understanding of that agreement is incorrect, please respond **immediately** so that we can seek emergency relief from the court.

Thanks,

Kathryn Tewson, Paralegal
**Kamerman, Uncyk, Soniker & Klein P.C.**
206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*

---

**From:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Sent:** Tuesday, March 31, 2026 8:53 AM
**To:** remy green <remy@femmelaw.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** RE: Discord Invite

I will send an invite for 2:00 tomorrow, thanks.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, March 31, 2026 11:52 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Discord Invite

Hi Ron,

I can meet tomorrow.  How's 2:00 p.m.?

We note that breadth objections were already overruled. And to be clear, as far as permissions, *again*, permissions are merely a way to *help* you review; with our current permissions, we're getting about 500 of the 1,200+ hits you said you got for the same searches.  If you do not want us to review for you, that's fine -- but then we need to talk about search terms, collection, and review.

Yours,

Remy.

---

**J. Remy Green**

   *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



On Tue, Mar 31, 2026 at 10:46 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

Remy,

I write to request a meet and confer regarding Plaintiff's requests for elevated permissions and access to the Discord server, including the request for audit logs raised in Lane's email of March 27 and Kathryn's follow-up of today.

The basis of our objection is that the additional discovery sought exceeds the scope of jurisdictional discovery as authorized by the Court, are overbroad and disproportionate to any jurisdictional question remaining in this case, and are duplicative of information Plaintiff has acknowledged already obtaining. Defendant intends to seek a protective order if the parties cannot reach agreement.

Please advise as to your availability for a meet tomorrow, Thursday or Friday.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Monday, March 30, 2026 2:10 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** Re: Discord Invite

Ron,

Just following up on the Server Audit Log request that Lane posted below. Do you have an ETA on when we will get this? The audit logs are only available for 30 days after the logged action was taken, so delays result in permanent loss of data.

Thanks,

Kathryn Tewson, Paralegal

206-940-3701

Sent from my phone. Please excuse brevity or typos.

**From:** Lane Haygood <lhaygood@kusklaw.com>
**Sent:** Friday, March 27, 2026 2:24:32 PM
**To:** remy green <remy@femmelaw.com>; Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Discord Invite


Ron:


In addition to the matters identified by Remy and Kathryn, we have another issue. Discord moderation logs auto-delete on a rolling 30-day schedule. Please take immediate steps to preserve them within that rolling schedule. In addition, we are requesting that you provide us the present moderation logs as soon as practicable. These logs can be produced by going into the name dropdown (circled in red), then to Server Settings, selecting "Audit Log," and then taking screenshots of the information contained therein (I've attached screenshots to assist). Thank you.

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, March 27, 2026 11:19 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Lane Haygood <lhaygood@kusklaw.com>
**Subject:** Re: Discord Invite


Hi Ron,


Okay, then we need you to conduct a proper search and produce responsive documents for the things you have access to, and we do not. We remain open to resolving this, as we said in the letter your approved, via access with full permissions.


We can also update the court if this is no longer an issue on which we have agreement.


Yours,


Remy.

_____

**J. Remy Green**

  *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____





_____

On Fri, Mar 27, 2026 at 11:15 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

Kathryn, what was committed to was a "standing invite" to the server's public-facing content, the same access available to any member. That invite was provided and you joined. What you are now requesting are elevated permissions beyond those available to ordinary members. That was not part of any commitment we made besides going beyond what Jeff has the ability to provide in any event, as he does not have administrative control over the server.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Friday, March 27, 2026 11:42 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** Re: Discord Invite

No role has been applied to Remy's account, and my account has less than half the number of hits for the term "Mercante" than Jeff reports -- see the screenshot attached to my previous email.

Kathryn Tewson, Paralegal

206-940-3701

Sent from my phone. Please excuse brevity or typos.

---

**From:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Sent:** Friday, March 27, 2026 8:39:52 AM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** RE: Discord Invite

My understanding is they were made by now. No change in access?

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Friday, March 27, 2026 11:27 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** Re: Discord Invite

Ron,

Just following up on the below. Do you have an ETA on when these changes will be made?

Thanks

Kathryn Tewson, Paralegal

206-940-3701

Sent from my phone. Please excuse brevity or typos.

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Wednesday, March 25, 2026 9:19:32 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** Re: Discord Invite

Ron,

I now have visibility into the message history of the #general and #smashers-videos channels. However, when I search for "Mercante," I get only 503 results (see attached screenshot), not the 1200+ you report that Jeff has observed; this leads me to believe that there are some channels which I do not yet have permissions to view. Please ask Jeff to provide this access as soon as is practicable, as well as to provide Remy's Discord account (@remygreen, Discord User ID 208689055792103435) with the identical permissions granted to mine.



Thanks,

Kathryn Tewson, Paralegal

**Kamerman, Uncyk, Soniker & Klein P.C.**

206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally*

*privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Wednesday, March 25, 2026 4:34 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** Re: Discord Invite

To follow up on the request below, I now have access to and visibility into many more channels. However, there appear to be no messages visible to me in the #general channel, and only one prior message visible in the #smashers-videos channel; see attached screenshots. Have the previous messages in these channels been deleted? If not, please ask Jeff or his team to provide my account with a role that can see the message history of these channels.





Thanks,

Kathryn Tewson, Paralegal

**Kamerman, Uncyk, Soniker & Klein P.C.**

206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Wednesday, March 25, 2026 3:34 PM

**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** Re: Discord Invite

Ron,

Thanks so much. I have joined the server using my personal account "BiscuitsMontana" with the unique Discord User ID 314408737098039299. Upon joining, however, I can only see the following channels, and I cannot view the message history of any of them except for #-announcements and #-rules. We will need to have Jeff, or someone who can make this change on his behalf, assign my account whatever permissions and roles it needs to be able to see the message history and the other active channels in the server.  Please let us know when these changes have been made.



Thanks,

Kathryn Tewson, Paralegal

**Kamerman, Uncyk, Soniker & Klein P.C.**

206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*

**From:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Sent:** Wednesday, March 25, 2026 3:26 PM

**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
**Subject:** RE: Discord Invite

Here is a link to join: https://discord.gg/dJ33357k

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

 Book time to meet with me

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, March 25, 2026 5:06 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Lane Haygood <lhaygood@kusklaw.com>
**Subject:** Re: Discord Invite

How did you possibly misunderstand me?

I said, "here's what you said: [quote]."  You said "No I didn't."

Not "you're wrong about other things you said" (none of which said things you *did*); "No I didn't," as in "No I didn't say that."  But what I said you said was a direct quote, copied and pasted from your email.  There is no ambiguity or misunderstanding, you just felt comfortable saying something that was not true -- whether intentionally or reflexively.

If Jeff needs a tutorial on how to generate an invite, we can make one -- but I think he knows how.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Wed, Mar 25, 2026 at 4:01 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

I misunderstood you entirely. Anyway I have a request in to Jeff, and if he has the ability to provide an invitation he will get us one.


**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*


   Book time to meet with me

_____

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, March 25, 2026 4:59 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Lane Haygood <lhaygood@kusklaw.com>
**Subject:** Re: Discord Invite


Ron,


Attached is your email.  Here it is highlighted:



remy green &lt;remy@femmelaw.com&gt;

## Mercante v. Tarzia - Summary of Meet and Confer

**Ronald D. Coleman** &lt;rcoleman@colemanlaw-pc.com&gt;                    Thu, Mar 19, 2026 at 7:09 PM
To: remy green &lt;remy@femmelaw.com&gt;
Cc: Admin &lt;admin@femmelaw.com&gt;, Kathryn Tewson &lt;ktewson@kusklaw.com&gt;, Lane Haygood &lt;lhaygood@kusklaw.com&gt;

Good, that's fine.

Also, I wanted to follow up on the Discord server channel issue before tomorrow. Jeff has now conducted a search of the server channels for "Mercante" and reports over 1,200 results. He has also confirmed that there is no native export functionality available for this content.

As you know, the server is public. Given the volume of results and the public accessibility of the server. which means the burden of reviewing this material falls equally on both parties regardless of who pulls it, can we figure out a proportionate approach before we commit to a production format?  Under Rule 26(b)(1), the burden and expense of the proposed discovery is a relevant consideration, particularly in the context of jurisdictional discovery where the scope is supposed to be limited.

As a practical matter, Jeff is prepared to provide you with a standing invite link to the server so that you can search it directly. If you have a different proposal for how to handle the volume, I am open to discussing it. I would suggest we address this at or before the meet and confer tomorrow.

[Quoted text hidden]

Additionally, here is a direct quote from the letter you signed off on:

> "Apparently last night he ran a search just for "Mercante" and found over a thousand hits. However, he proposed a solution — providing Plaintiff's team a standing invite to last for the duration of litigation with appropriate permissions to allow exports — and allowing us to collect relevant documents ourselves. We agreed, so this part of the issue is no longer in dispute."

I don't know why you are out of touch with reality in this way.  Can you please just do what you committed to do so we don't need to make an issue out of this?

Yours,

Remy.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Wed, Mar 25, 2026 at 3:53 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

No I didn't.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

 Book time to meet with me

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, March 25, 2026 4:52 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Lane Haygood <lhaygood@kusklaw.com>
**Subject:** Re: Discord Invite

Ron,

That's not true, on two different fronts.

Most importantly, here's what you said:

"Jeff is prepared to provide you with a standing invite link."

There is not a current, public link.  If you believe there is, please link to where it is available.  Otherwise, please just follow through on your promise.

_____

**J. Remy Green**

   *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Wed, Mar 25, 2026 at 3:49 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

> Kathryn,
>
> To clarify what I said: Jeff's Discord server is publicly accessible. Anyone can join it the same way any member of the public would. We have no special access to provide, and there is nothing to "invite" you to. You are welcome to join as any member of the public would.
>
> **Ronald D. Coleman**
>
> COLEMAN LAW FIRM, PC
> 50 Park Place, Suite 1105
>
> Newark, NJ 07102
> 973-264-9611
>
> *Admitted to practice in New Jersey and New York*
>
>   Book time to meet with me
>
> ---
>
> **From:** Kathryn Tewson <ktewson@kusklaw.com>
> **Sent:** Wednesday, March 25, 2026 12:56 PM
> **To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
> **Cc:** Lane Haygood <lhaygood@kusklaw.com>; remy green <remy@femmelaw.com>
> **Subject:** Discord Invite
>
> Ron,

Last week, you had offered us a standing Discord invite so that we could review Jeff's Discord ourselves. I am following up, at Remy and Lane's request, so that we can get that invite and begin that review. What do you need from us?


Thanks,


Kathryn Tewson, Paralegal

**Kamerman, Uncyk, Soniker & Klein P.C.**

206-940-3701


*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*