**King Alucard** 1/31/2026 7:41 PM
@everyone Made a new post in # 📢 -announcements. If you wanna discuss here in General Chat, please do so in a calm manner.

 **Sarcastic_Lumberjack** 1/31/2026 7:47 PM
I understand the concern from SmashJT's point of view, and for a large extend they are very valid. What I don't understand is why it is not just sorted by a backup of the Discord server as it is present and when those are made and stored for potential court issues the relaunch get the go ahead?

⌐ ⦿ @Sarcastic_Lumberjack I understand the concern from SmashJT's point of view, and for a large extend they are very valid. What I don't understand is why it is not just...
 **King Alucard** 1/31/2026 7:53 PM
It would look like we are trying to hide info for her to dig up, that being said I get where he's coming from.  The idea behind the scenes for Relaunch is that when we implement the new Security features, we have to boot everyone from the server temporarily so that we can re-invite everyone so that they can get reverified in the new Security system. Such a drastic change will make AM's Attorneys trigger happy and give ammo against Smash, leading the Judge to have more precedent to pass her case. We also plan to make a temp discord server for everyone to chat in until relaunch is complete as it will take a few hours to complete.

 **Sarcastic_Lumberjack** 1/31/2026 8:06 PM
All valid concerns which can be negated by openness towards the Judge about a backup present in case of such a ruling. In all honesty, nothing is going on here that should be a matter of the court anyway and just because AM is paranoid it sucks that we can't have business as usual because of it. Imagine... I was going to say Microsoft but that ain't working out so well now with Windows 11 issues, so Apple not rolling out a security update because of a lawsuit pertaining to security issues which the update is designed to fix.

 **King Alucard** 1/31/2026 8:10 PM
Yeah. Hopefully the lawsuit comes to an end sooner. I hate the idea of having Relaunch paused for months to years. (edited)

 **ImperatorMorsus** 💧 **DAM** 1/31/2026 8:35 PM
The lawsuit won't end any time, but the reality may be that moving everything to a new server and leaving this one for the lawsuit may be the best option.
If her lawyers have anything to say about it, and right now at least one of them is as mental as AM. this lawsuit would be going forever. (edited)

 **@ImperatorMorsus** 🟢 **DAM** The lawsuit won't end any time, but the reality may be that moving everything to a new server and leaving this one for the lawsuit may be...

 **King Alucard** 1/31/2026 8:53 PM
It actually won't be a good move. Any big changes is a bad move at this point. And making a new server will just undo all the hard work we did behind the scenes.

 **ImperatorMorsus** 🟢 **DAM** 1/31/2026 9:03 PM
I thought you could dupe it? Meh... I've been out of this game for too long... I agree though to some extent, just hate the world right now, it's too fucking crazy, and I'm wondering where the exit is... even if it is an exit..

 **King Alucard** 1/31/2026 9:05 PM
I couldn't agree with you more @ImperatorMorsus

---

February 1, 2026

@King Alucard It actually won't be a good move. Any big changes is a bad move at this point. And making a new server will just undo all the hard work we did behind t...

 **Matt Stanford** 🔴 **TISM** 2/1/2026 9:44 AM
I would argue that even mentioning a new server would give lawyers ammo. This is a conversation that should have stayed out of sight. These are people that are grasping at straws to give *any* excuse to get the lawsuit pushed through. My vote is that we just stop talking about it. Period. No lawsuit talk. No 'Lyssa talk. Nothing. They already have access to user details based on a couple of idiots.

As fun as it is to trash-talk her, everything said is just more "see? They defame me" cherry-picking to further fuel this bullshit.
This is also why I kept telling Smash to not talk about it. The first rule of a lawsuit is to not acknowledge it. Let it play out. Talk about it after a verdict is reached.

Leave that "transparency" stuff for when you don't have to fear a rogue judge making your life a living hell. Smash's biggest problem was not taking this lawsuit seriously from the first minute. Lawfare is the Left's wheelhouse. We already know that the prosecutors were compromised purely based on the firm. And we know the judge is compromised because no sane judge would have allowed this crap to continue as it has. A sane judge would have said "no jurisdiction" and moved on. This lawsuit should have been done a year ago.

 @Matt Stanford 🗯 TISM  I would argue that even mentioning a new server would give lawyers ammo. This is a conversation that should have stayed out of sight. Thes...

**King Alucard**  2/1/2026 11:11 AM
Talking about it and making fun of her is fine, There has to be an understanding of what to say and what not to say. But not talking about it makes it look like we are at her mercy, which we aren't. Smash does take the lawsuit seriously, but him joking about it is fine as advised by Ron Coleman. So long as he doesn't say anything Ron Coleman advises against. It's also important as an Admin that we are transparent to all of you.

The issue of leaving and rejoining and having a temp server during maintenance aren't an issue in terms of the lawsuit. But deleting messages and replacing the server are not advised and not part of our Relaunch. Given that, even though Relaunch doesn't effect the lawsuit in a negative way, we have to abide by SmashJT's judgement to not give AM a reason to look into it.

 **Dystopia Dweller**  2/1/2026 4:47 PM
So the plan for the relaunch must've been to not only kick and re-admit the users, but to purge chat history from the server as well.

 **ImperatorMorsus**  💧 DAM  2/1/2026 4:53 PM
You can re-launch this without doing all of that, I do know that... you can have a bunch of things not seen in the background not given permissions yet, then when the "relaunch" happens, a switch is flipped and all is changed.

The other option is to send a DM to all users, with the new server, shut this one down to the public, make so no one can access it anymore and save it for prosperity, or remove it entirely.

 **Cru$$ty plumber58**  2/1/2026 5:04 PM
Dang that's gonna be a huge cleaning up the server

 **Dystopia Dweller**  2/1/2026 5:07 PM
What is the issue with this discord? What needs "cleaning up"?

⮡ @Dystopia Dweller So the plan for the relaunch must've been to not only kick and re-admit the users, but to purge chat history from the server as well.

**King Alucard** 2/1/2026 6:35 PM
Part of Relaunch is to boot and re-invite people to get them integrated into new security & verification features we are adding. No the chat history will not be purged, it'll remain.

⮡ @ImperatorMorsus 🔵 DAM You can re-launch this without doing all of that, I do know that... you can have a bunch of things not seen in the background not given pe...

**King Alucard** 2/1/2026 6:36 PM
Server has been closed for months. Hence the lack of new invites.

⮡ @Dystopia Dweller What is the issue with this discord? What needs "cleaning up"?

**King Alucard** 2/1/2026 6:39 PM
Mostly to add security to prevent bad actors and scam bots, as well as removed channels or features that are pointless to have. The only cleanup that was done is removing hundreds of inactive or suspicious accounts, with the inactive users having the ability to rejoin upon request. Main point, the server is cluttered.
@Dystopia Dweller We are also adding new channels and features.

⮡ @King Alucard Server has been closed for months. Hence the lack of new invites.

**ImperatorMorsus** 🔵 DAM 2/1/2026 6:41 PM
I figured it was an invite only for now.
My server is the same way. In not releasing it to the public till i get a few things in gear.

⮡ @ImperatorMorsus 🔵 DAM My server is the same way. In not releasing it to the public till i get a few things in gear.

**King Alucard** 2/1/2026 6:46 PM
That's our plan too. Since we have extra time to finalize, there is a possibility that we can do more than we initially planned. Until then we are still having meetings about it when possible. If you have suggestions on what can be added or any ideas in general. Hit up # feedback