**King Alucard** 3/13/2026 12:55 PM
Explain how then. You have never made a strong case. I use facts but you wanna be this pretend armchair journalist who shows inherent bias over a hatred to Ron Coleman which you admitted but then later said you never hated him. You then say Ron Coleman uses ChatGPT for responses without proving it and then you label lawyers with LLM as AI users when it ACTUALLY means they have a higher law degree dubbed "Master of Laws".

 **Dystopia Dweller** 3/13/2026 12:56 PM
The arguments presented were that you have some inside info from Smash that somehow counters what's in the court filings. The patriots are in charge. Trust the plan. Two more weeks.

┌── 🌐 @Dystopia Dweller The arguments presented were that you have some inside info fr...
 **ImperatorMorsus** 🟢 **DAM** 3/13/2026 12:56 PM
The moderators here are not just moderators you idiot, they know Smash on a personal level.

 **King Alucard** 3/13/2026 12:56 PM
What inside info???? Smash LITERALLY says whats going on past what you read on his LIVESTREAMS. This proves you don't watch him.

┌── 🐗 @ImperatorMorsus 🟢 **DAM** The moderators here are not just moderators you idio...
 **King Alucard** 3/13/2026 12:57 PM
That too.

 **@Dystopia Dweller** I thought the judge is biased against Smash?

**ImperatorMorsus** 🟢 DAM  3/13/2026 1:29 PM
The judge has a bias, as I have stated before, and I have shown/proven it.

 **Dystopia Dweller**  3/13/2026 1:30 PM
The judge wants to be get the jurisdictional discovery over with as fast as possible.

 **King Alucard**  3/13/2026 1:30 PM
He had one at the start. Now he's in the middle leaning towards favoring Smash.

 **Dystopia Dweller**  3/13/2026 1:30 PM
And all her rulings point that way.

 **King Alucard**  3/13/2026 1:30 PM
So?

  **@Dystopia Dweller** The judge wants to be get the jurisdictional discovery over with ...

**ImperatorMorsus** 🟢 DAM  3/13/2026 1:32 PM
If that was true, then he wouldn't have allowed this to go on as long as it has, and would have said something about how they are reaching for reasons, instead he is amusing them (which is where I said he is showing favoritism), allowing them to get information they otherwise would not have access to.

 **King Alucard**  3/13/2026 1:32 PM
How is that a losing situation? We just forwarded discovery towards Smash at his request in private. It's not going to make her win and I know this