**9/23/2025 3:34 AM**

Hypnotic (RealHypnotic1)

I dont need a mold of your dick

**9/23/2025 3:34 AM**
Smash JT (SmashJT)

Ok no stress.

**9/23/2025 3:34 AM**

Hypnotic (RealHypnotic1)

send it to atraes

**9/23/2025 3:35 AM**
Smash JT (SmashJT)

Because I owe you a lot. You've been a blessing to the channel. I'll never forget that. No diddy.

**9/23/2025 3:35 AM**

Hypnotic (RealHypnotic1)

Lol save the money for the lawsuit I dont do this to get things in return or help to get shit in return

**9/23/2025 3:35 AM**

Hypnotic (RealHypnotic1)

But i appreciate it regardless thank you

**9/23/2025 3:35 AM**
Smash JT (SmashJT)

Nah it wouldn't make much sense to him. You'll understand it better

**9/23/2025 3:36 AM**
Smash JT (SmashJT)

I know.

**9/23/2025 3:36 AM**

Hypnotic (RealHypnotic1)

Did alyssa find out how rich you are yet

**9/23/2025 3:36 AM**

Hypnotic (RealHypnotic1)

Is she happy

TARZIA  022633  CONFIDENTIAL

**9/23/2025 3:36 AM**
Smash JT (SmashJT)

Not yet. TBH - Ron is dragging his feet. I think he's waiting for what they're gonna request just so he can shoot it all down and be a pain in the ass to them lol

**9/23/2025 3:37 AM**
Hypnotic (RealHypnotic1)

Ahh yeah that makes sense

**9/23/2025 3:37 AM**
Smash JT (SmashJT)

She's a miserable cunt

**9/23/2025 3:37 AM**
Hypnotic (RealHypnotic1)

Lawyers love time

**9/23/2025 3:41 AM**
Hypnotic (RealHypnotic1)

Deep rock survivor is such a good fucking game man

**9/23/2025 3:41 AM**
Hypnotic (RealHypnotic1)

Im so addicted its bad

**9/23/2025 3:41 AM**
Hypnotic (RealHypnotic1)

its super relaxing

**9/23/2025 3:41 AM**
Smash JT (SmashJT)

I haven't even heard of that one

**9/23/2025 3:42 AM**
Smash JT (SmashJT)

You see the new kojima game trailer that just dropped we watched on my stream?

**9/23/2025 3:43 AM**
Smash JT (SmashJT)

Got that hunter trans dude in it 🙍

TARZIA 022634 CONFIDENTIAL