

May 4, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re:    Mercante v. Tarzia, 24-cv-08471**

Dear Judge Eshkenazi:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. I write, jointly with counsel for Defendant, to ask the Court to enter the attached proposed order.

The proposed order is intended to address formatting, readability, and blanket confidentiality designation issues in the productions Defendant made last week, that Plaintiff raised. Relatedly, the procedure contemplated by the proposed order will take at least 28 days — to allow Plaintiff to review and produce documents to Defendant, and to allow Defendant to make any targeted designations of confidentiality — before Plaintiff would be prepared to amend the complaint and before jurisdictional discovery could be certified as complete.

Accordingly the parties ask the Court to enter the attached order, and direct that the parties may submit the letter contemplated by Judge Brodie's Order within 30 days of entry of the Order.

As always, I thank the Court for its time and attention.

Respectfully submitted,

/s/
_____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.