# COLEMAN LAW FIRM, P.C.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

May 11, 2026

BY ECF

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** Mercante v. Tarzia, No. 1:24-cv-08471 (E.D.N.Y.)
      **Notice of Errata re ECF No. 88**

Dear Judge Eshkenazi:

Defendant respectfully submits this notice of errata in connection with ECF No. 88 (Letter to the Court dated May 8, 2026). An updated version of Exhibit F to that filing is submitted herewith, in which the redactions have been fully rasterized as image-only content with no underlying selectable text layer. Exhibits A through E are unchanged from the version filed at ECF No. 88, and the substance of the letter at ECF No. 88 is unaffected by this submission.

Defendant has separately requested that the Clerk's Office restrict public access to the prior version of ECF No. 88 pending the docketing of the corrected exhibit package submitted herewith.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Ronald D. Coleman