# EXHIBIT F

## Plaintiff's May 8, 2026 Wire Instructions Email

Bank account information redacted

Mercante v. Tarzia, No. 1:24-cv-08471 (E.D.N.Y.)

| | |
|---|---|
| **From:** | remy green |
| **To:** | Ronald D. Coleman |
| **Cc:** | Admin; Jay Tavarez; Kathryn Tewson; Lane Haygood |
| **Subject:** | Mercante v. Tarzia, 24-cv-8471 - Payment Information |
| **Date:** | Friday, May 8, 2026 4:51:51 PM |

Hi Ron,

For the payment on Wednesday, please see wire information below (designated CONFIDENTIAL for litigation purposes, except that obviously, it may be shared with the appropriate financial institutions):

**[REDACTED]**

_____

**J. Remy Green**

     *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____