

May 13, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

**Re:**    **Mercante v. Tarzia, 24-cv-08471**

Dear Judge Eshkenazi:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. As the Court requested, I am writing to confirm what should and should not remain under seal.

The Court can unseal ECF Nos. 92 and 92-1.  ECF No. 91 should remain under seal, but a redacted version of that document is attached hereto for posterity.  And ECF No. 88 can be unsealed as long as page 29 is removed (or replaced with the version currently at ECF No. 92-1).

I believe that covers the outstanding sealing issue.

As always, I thank the Court for its time and attention.

Respectfully submitted,

/s/
_____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.