

# COHEN GREEN

May 9, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

      **Re:**    **<u>Mercante v. Tarzia</u>, 24-cv-08471**

Dear Judge Eshkenazi:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. With apologies, I am filing an emergency motion, under seal, to strike ECF No. 88.

As noted in Plaintiff's request for an order to show cause, Defendant included matter designated confidential without seeking sealing. However, what we did not notice was that Defendant did not actually redact my firm's bank information, instead, counsel appears to have placed some kind of white box without redaction on the page, such that the text could simply be copied and pasted.



Since the filing, actors on Kiwi Farms have found the information and begun circulating it:





(this image and the image below are unredacted, but if the Court ever unseals this entry, we would ask for an opportunity to redact the information, for obvious reasons).

And this was possible because the text was not actually redacted, but essentially just made white on a white background, as can be seen from simply moving the text out from behind the white block in a PDF editor:





I was just made aware of this, and am filing this motion — without docket entry and under seal — immediately. I alerted opposing counsel I would be filing this emergency motion.

The ability to properly redact documents is a basic legal skill. The utter lack of care in Defendant's filings has apparently started to cause bigger issues. I believe this signals the importance of the motion for an order to show cause Plaintiff filed yesterday, but for now, as emergency relief, we would ask the Court to strike the document immediately, without any docket notice to alert anyone something has been stricken — which would likely trigger further spreading

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com



of the information.

I would also ask the Court to convene a teleconference in the next few days to address this issue, as well as the other issues of carelessness raised in the request for an order to show cause (including the sharing of other confidential information).

As always, I thank the Court for its time and attention.

Respectfully submitted,

/s/
_____

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com