

May 15, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

Re:    **Mercante v. Tarzia, 24-cv-08471**

Dear Judge Eshkenazi:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. I write, jointly with counsel for Defendant, to take the Court up on its offer to hold a virtual settlement conference as to the amount of Rule 37 sanctions. We also intend this letter to serve as the status letter required by the Court's May 12, 2026 Minute Order.

The parties necessary under the Court's Individual Rules (e.g., Plaintiff's counsel, Defendant himself, and Defendant's counsel) are available for a virtual appearance:

- Wednesday, May 20, any time after noon;
- Thursday, May 21, any time after noon;[1]
- Tuesday, May 26, any time after noon; or
- Thursday, May 28, any time after noon.

As always, I thank the Court for its time and attention.

Respectfully submitted,

/s/

_____

J. Remy Green
     *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

---

[1] Given that today is technically five days prior to this, if the Court is available at these first two times, the parties would make the submissions called for by the Court's Individual Rule IV(B) by close of business on Monday.



cc:
All relevant parties by electronic filing.

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com