**ORAL ARGUMENT REQUESTED**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Alyssa Mercante, | |
| *Plaintiff,* | |
| v. | |
| Jeff Tarzia, | |
| *Defendants.* | |

**NOTICE OF OBJECTIONS AND APPEAL**

**24-CV-8471**

    **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 72 and Local Civil Rule 72.1(b), Plaintiff hereby objects to and appeals to Honorable Margo K. Brodie, at the United States District Court at 225 Cadman Plaza East, Brooklyn, NY 11201, so much of the May 12, 2026 Minute Order that "decline[d] to issue an Order to Show Cause at this time" (and all related portions of the Order) concerning the apparent use of generative artificial intelligence in this case and resulting fake quotations, mis-citations, and false representations over several filings.

Dated:  May 26, 2026

                                     Respectfully Submitted,

                                           /s/

                              J. REMY GREEN
                              Cohen&Green P.L.L.C.
                              1639 Centre Street, Suite 216
                              Ridgewood, NY 11385
                              (929) 888.9480 (telephone)
                              (929) 888.9457 (facsimile)
                              remy@femmelaw.com