**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALYSSA MERCANTE, *Plaintiff*<br><br> v.<br><br>JEFF TARZIA,<br><br> *Defendants.* | 24-cv-8471<br><br>**DECLARATION OF J. REMY GREEN** |

I, Remy Green, being duly sworn, depose and say:

1.     I am a partner at Cohen&Green P.L.L.C., co-counsel for Plaintiff in the case above.

2.     I make this declaration in support of Plaintiff's objections and/or appeal regarding the careless use of artificial intelligence in this case to place certain materials in the record.

3.     Attached as **Exhibit 1** is a true copy of the transcript of the 2026-04-21 discovery conference.

4.     Attached as **Exhibit 2** is a true copy of the transcript of the 2026-05-11 emergency conference.

5.     Attached as **Exhibit 3** is a true copy of the letter previously filed as ECF No. 88, but stricken from the docket because of the inclusion of bank information.  I have omitted exhibits to prevent that problem.

6.     Attached as **Exhibit 4** is a true copy of emails where I asked counsel where certain factual claims made in one of his letters came from.

7.     Last, I note that — because it is relevant — based on personal knowledge I can say that as a smaller firm or solo practitioner, it is extremely expensive and not generally feasible to maintain a subscription to both Westlaw

1

and Lexis (and indeed, if it were reasonable to not maintain any such subscription, I would be thrilled).

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On: May 26, 2026

/s/

_____

J. Remy Green