

remy green <remy@femmelaw.com>

## Mercante v. Tarzia, 24-cv-08471-MKB

**Ronald D. Coleman** <rcoleman@colemanlaw-pc.com>                    Fri, Feb 13, 2026 at 3:09 PM
To: remy green <remy@femmelaw.com>
Cc: Lane Haygood <lhaygood@kusklaw.com>, Kathryn Tewson <ktewson@kusklaw.com>

I just don't have time today, so file away

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC

50 Park Place, Suite 1105

Newark, NJ 07102

973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, February 13, 2026 3:32:20 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Mercante v. Tarzia, 24-cv-08471-MKB

Hi Ron,

With the fast initial response, and no further response, should I assume you do not intend to say anything more to the Court and we should just file?  Or is there something more you'd like to tell us (for example, re:  LLM use) or file?

Yours,

Remy.

_____

**J. Remy Green**

　　　　*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____


On Fri, Feb 13, 2026 at 1:53 PM remy green <remy@femmelaw.com> wrote:

Hi Ron,

We have a duty to correct representations to the Court. And like you, I've spent quite a bit of time advocating for open courts this case aside. I represent journalists routinely, and care a lot of about access to the Courts. Closing phone proceedings *because* someone publishes commentary is entirely inappropriate, so yes, I do think we need to respond.

Plus, you filed something in the case that may call for a response, because it's (maybe?) a motion. The point of the letter is mostly to ask whether the Court wants a response -- since it's not exactly clear whether one is required.

Yours,

Remy.


_____


**J. Remy Green**

　　　　*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |
_____



_____


On Fri, Feb 13, 2026 at 1:51 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

I don't see what you are trying to accomplish here; nothing in our letter was directed at your client or your office.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, February 13, 2026 2:42 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Mercante v. Tarzia, 24-cv-08471-MKB

Hi Ron,

Having not heard back on this (and, as an aside, haven't heard back on other things in this thread), I put the attached together. I would rather not file it, but if needs must, etc.

So, I'm sending this in advance, please let me know if I should hold off filing because you intend to correct or withdraw the letter.

Yours,

Remy.

_____

**J. Remy Green**

　　　*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



On Wed, Feb 11, 2026 at 11:18 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

Will try to dig up what if anything I was looking at

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, February 11, 2026 12:01 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Mercante v. Tarzia, 24-cv-08471-MKB

Hi Ron,

Yeah, I don't think anyone thinks it was Sean.

As far as the mistaken descriptions, it does seem to me that this may warrant some correction.  None of the indicia of a live transcript that you include actually exist in the document we're discussing.

And I do think I have to ask at this point:  Was the letter's content generated with an LLM, such that the reference to the various tags was potentially a hallucination?

Yours,

Remy.

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Wed, Feb 11, 2026 at 10:58 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

> Yeah I'm not at all convinced it's Sean, and I'm glad my submission to the court didn't name him. Don't think I have anything you don't; not sure I remember what I was thinking there, but I still believe this is what happened. We all need to know the rules of play in any given situation.
>
> Meanwhile we are working on the supplemental discovery.
>
> **Ronald D. Coleman**
>
> COLEMAN LAW FIRM, PC
> 50 Park Place, Suite 1105
>
> Newark, NJ 07102
> 973-264-9611
>
> *Admitted to practice in New Jersey and New York*

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, February 11, 2026 11:54 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Mercante v. Tarzia, 24-cv-08471-MKB

Hey Ron,

Heads up that we ordered the transcript.  Happy to share once we have it.

I also wanted to ask because I noticed:  your description of the post in the letter says it has things like
"[indecipherable]" indicators, and verbatim speaker indications like "The Court:" (presumably followed by a quote).  (I
also don't think the discord user who posted this is a lawyer, even if Potentially Criminal is, but that's a different
issue)

I am not actually seeing these in the post (the one attached to your letter, in pages 12-13 on ECF is the one I thought
we were talking about).

Is there some other post circulating that these references are in?  I'm just a little confused by the description.

Yours,

Remy.

_____

**J. Remy Green**

      *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Tue, Feb 10, 2026 at 11:52 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

I don't see a great need for speed, no. Thank you.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, February 10, 2026 12:51 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Mercante v. Tarzia, 24-cv-08471-MKB

Fair enough.  I mean, the court said basically, "my order will say granted to the extent stated on the record," and I've never had anything other than a settlement call be secret—and I think the tell, as it were, is the "this conference is being recorded, only the main conference is recorded…"

Anyway, we're ordering the transcript anyway.  Do you want to split it and have input on the speed?

_____

**J. Remy Green**

> *Partner*
> | Cohen&Green P.L.L.C. | #FemmeLaw |
> | remy@femmelaw.com (e) | (929) 888.9560 (direct) |
> | (929) 888.9480 (p) | (929) 888.9457 (f) |
> | honorific / pronouns:  Mx. / they, their, them |
> | 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Tue, Feb 10, 2026 at 11:48 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

Actually I don't know if it was unauthorized or not. There are hearings in open court and there are counsel-only conferences with the judge, right? Routine status calls are rarely "open court" in the traditional sense; they're administrative, and may be on or off the record. I don't really know which one this was.

Not knowing that, therefore, by "unauthorized" I only mean if there was any recording.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, February 10, 2026 12:30 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Mercante v. Tarzia, 24-cv-08471-MKB

Ron,

I am quite puzzled by the claim access to a  public court hearing is somehow "unauthorized."

I've routinely had members of the public dial in to phone hearings in high profile cases.  It's not unusual, nor is it unusual to see a summary of a hearing circulate after, and I'm surprised this seems to surprise you.

Regardless, as I said, if you think it's inaccurate, it seems the best thing to do is to order the transcript on a fast turn around, no?

---

**J. Remy Green**

> *Partner*
> | Cohen&Green P.L.L.C. | #FemmeLaw |
> | remy@femmelaw.com (e) | (929) 888.9560 (direct) |
> | (929) 888.9480 (p) | (929) 888.9457 (f) |
> | honorific / pronouns: Mx. / they, their, them |

| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Tue, Feb 10, 2026 at 11:21 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

Thanks again for the prompt and detailed response — and especially for attaching the Discord screenshot. That was helpful context.

To tell you the truth, the claim that this was contemporaneously written notes fed into Gemini seems a bit self-serving, especially given the polished, speaker-labeled output and the writer's background as a lawyer familiar with the rules and with technology.

Maybe the larger issue is the unauthorized third-party dial-in itself and the quick circulation of the resulting summary in non-litigant channels. Obviously we'll accept your representation that your side had no involvement in obtaining or disseminating it, but the whole incident is troubling. I have not decided what to do next.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, February 10, 2026 11:19 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Mercante v. Tarzia, 24-cv-08471-MKB

Hi Ron,

It looks to us like it came out of a YouTuber called "Potentially Criminal"'s discord -- Potentially Criminal is active on KiwiFarms and tends towards that side of the culture wars, and I think his discord members are similar.

Here's what he said about how he generated it.



Obviously, recording is inappropriate; I'm not sure notes fed into an LLM are inappropriate (but, of course, notes or even a

transcript fed into an LLM can be inaccurate), but we only have this message giving us the context.

Happy to hear out any thoughts you have. I suppose we could also split a rush transcription of the actual transcript to clear this up too?

Yours,

Remy.

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Tue, Feb 10, 2026 at 10:11 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

> Hi Remy,
>
> We've recently come into possession of what appears to be an AI-generated transcript/summary (with speaker labels, cleaned text, tags, etc.) of our telephonic/remote status conferences in this case. It has been edited to present the conference inaccurately, but that is a relatively trivial point. At least part of it has been posted on X and elsewhere.

The format strongly suggests it derives from an audio recording that was processed through a tool like Otter.ai or similar. As far as we can tell, this was done by a third party who dialed in without disclosure or authorization.   This would violate Local Civil Rule 1.8 and related court prohibitions on unauthorized recordings of proceedings.

Before raising this with Chief Judge Brodie and Magistrate Judge Eshkenazi via letter, I wanted to check if your side has any awareness of the source, how it was obtained, or if it's circulating in connection with the case and if so among whom. Happy to hop on a quick call if helpful.

Let me know your thoughts — appreciate any insight.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*