# Coleman Law Firm, p.c.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

June 7, 2026

*VIA ECF*

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Mercante v. Tarzia*, No. 1:24-cv-08471 (E.D.N.Y.)
**Redacted Version of ECF No. 88**

Your Honor:

Pursuant to the Court's May 14, 2026 Order directing Defendant to file an appropriately redacted version of ECF No. 88, Defendant submits the attached, and regrets the delay in doing so.

Exhibit A, which Plaintiff has designated confidential, is withheld and marked by a placeholder; the unredacted original remains under seal at ECF No. 88. Exhibit F is the fully rasterized version the Court unsealed at ECF No. 92. The letter and Exhibits B through E are reproduced as filed, with the fee-submission figures and time-entry descriptions redacted.

Respectfully submitted,

Ronald D. Coleman