**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALYSSA MERCANTE,

*Plaintiff,*

v.

JEFF TARZIA,

*Defendant.*

Case No. 24-cv-8471 (MKB) (LKE)

**NOTICE OF MOTION FOR SANCTIONS AND TO CERTIFY FACTS FOR CONTEMPT**

**PLEASE TAKE NOTICE** that Plaintiff Alyssa Mercante, by and through her counsel, will move this Court,[1] at a date and time to be determined by the Court, for an Order:

1. Certifying relevant facts for the purposes of contempt, such that the District Judge can make a decision on whether contempt is appropriate;

2. Awarding sanctions pursuant to Rule 37, its inherent powers, Rule 11, and any other relevant authority; and

3. Within either or both of those forms of relief, awarding:

   a. Reasonable attorneys fees under Rule 37 or Local Civ. R. 83.6(a) ("A reasonable counsel fee, necessitated by the contempt proceedings, may be included as an item of damage);

   b. Damages or a sanction, consisting of the amount invoiced in Green Ex. 2; and

   c. A further sanction in a form or amount reasonably calculated to deter future similar carelessness by counsel or others.

Dated: June 10, 2026
       Queens, New York

Respectfully submitted,

**COHEN&GREEN P.L.L.C.**

/s/
_____
**BY:**     J. Remy Green

1639 Centre St., Suite 216
Ridgewood, New York 11385

---

[1] Given Judge Eshkenazi's underlying familiarity with this issue, the fact that the relevant conduct took place before her, and the order that was violated was one Judge Eshkenazi issued, Plaintiff assumes this motion is appropriately directed to her — and accordingly, asks for facts to be certified for contempt, rather than a finding of contempt.

1

t : (929) 888-9480
f:  (929) 888-9457
e:  remy@femmelaw.com