

remy green <remy@femmelaw.com>

---

## Mercante - Bank Account Leak Invoice

---

**remy green** <remy@femmelaw.com>                                    Mon, Jun 1, 2026 at 9:33 AM
To: "Ronald D. Coleman" <rcoleman@colemanlaw-pc.com>
Cc: Kathryn Tewson <ktewson@kusklaw.com>, Lane Haygood <lhaygood@kusklaw.com>, Admin <admin@femmelaw.com>

Hi Ron,

Just left a message.  To be clear, Extralegal are our outside accountants -- not random lawyers (as should be clear from the bill).

Happy to discuss, but again, this is the bill we are paying, so there is no world where we agree to something less than this bill.

Yours,

Remy.

---

**J. Remy Green**

> *Partner*
> | Cohen&Green P.L.L.C. | #FemmeLaw |
> | remy@femmelaw.com (e) | (929) 888.9560 (direct) |
> | (929) 888.9480 (p) | (929) 888.9457 (f) |
> | honorific / pronouns:  Mx. / they, their, them |
> | 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Tue, May 26, 2026 at 5:08 PM remy green <remy@femmelaw.com> wrote:
> Hi Ron,
>
> This is the actual bill, and does not include firm time in dealing with this.

If you don't want to cover this, as the court suggested, we will proceed to a direct sanctions motion, and will include the attorney time spent litigating that motion and dealing with this in the request.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Tue, May 26, 2026 at 6:00 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

> Remy,
>
> I have your May 22 transmittal of the Extralegal LLC invoice.
>
> At the May 11 hearing I expressed willingness to discuss reasonable, documented costs your firm had incurred in addressing the May 9 docket posting. The Court's May 12 minute order memorialized that stated intent without fixing any amount or formula. Neither the colloquy nor the order created any entitlement to reimbursement of any particular sum or anything at all.
>
> The 19.29 hours of outside attorney work at $260 per hour do not fall within the cost categories discussed at the May 11 hearing or the categories you identified to the Court – namely, bank account opening and closing fees and time spent by your firm's accountant.
>
> It is also not clear that any account closure or reopening was necessary in the first place.
>
> Without conceding any obligation, and entirely voluntarily, I offer $250 in the spirit of the discussion at the May 11 hearing. The offer is not subject to negotiation upward and is not contingent on further documentation. Please advise within a reasonable time whether you accept. Absent acceptance, the offer is withdrawn and I will consider this matter closed.

All rights are reserved.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, May 22, 2026 5:40 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Lane Haygood <lhaygood@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** Mercante - Bank Account Leak Invoice

Hi Ron,

Attached is the invoice for services related to the leaking of bank information.

Please let us know if there will be any objection to paying this. To be clear we are not asking that your client pay it since presumably he had no role in this.

(We have paid or will pay the invoice in full, to be clear -- the question is whether you will agree to reimburse us).

Yours,

Remy.

**J. Remy Green**

*Partner*

| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

