EXTRALEGAL LLC | ATTORNEYS AT LAW | 146-08 LIBERTY AVENUE | JAMAICA | NEW YORK 11435

MAY 22, 2026
COHEN GREEN PLLC

INVOICE TOTAL $5,042.05

SERVICES IN RE                                                          DATA BREACH MITIGATION
PROVIDED BY                                                    ANDREA SUN-MEE JONES, PH.D., ESQ.

| DATE | ACTIVITY | REFERENCE | HOURS |
|---|---|---|---|
| 05/10/2026 | A104 Review/analyze | P200 Fact gathering/due diligence | 2.03 |
| 05/10/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 0.40 |
| 05/11/2026 | A104 Review/analyze | P200 Fact gathering/due diligence | 1.94 |
| 05/11/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 2.57 |
| 05/11/2026 | A108 Communicate (other external) | P200 Fact gathering/due diligence | 1.53 |
| 05/11/2026 | A103 Draft/revise | P900 Transactional advice and opinion | 1.19 |
| 05/12/2026 | A104 Review/analyze | P200 Fact gathering/due diligence | 1.11 |
| 05/12/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 0.83 |
| 05/12/2026 | A108 Communicate (other external) | P200 Fact gathering/due diligence | 0.76 |
| 05/12/2026 | A103 Draft/revise | P900 Transactional advice and opinion | 0.30 |
| 05/13/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 1.81 |
| 05/13/2026 | A108 Communicate (other external) | P200 Fact gathering/due diligence | 0.14 |
| 05/14/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 0.33 |
| 05/15/2026 | A104 Review/analyze | P200 Fact gathering/due diligence | 0.52 |
| 05/15/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 0.17 |
| 05/18/2026 | A108 Communicate (other external) | P200 Fact gathering/due diligence | 0.19 |
| 05/18/2026 | A103 Draft/revise | P900 Transactional advice and opinion | 0.30 |
| 05/19/2026 | A104 Review/analyze | P200 Fact gathering/due diligence | 0.27 |
| 05/19/2026 | A103 Draft/revise | P900 Transactional advice and opinion | 0.44 |
| 05/20/2026 | A104 Review/analyze | P200 Fact gathering/due diligence | 1.08 |
| 05/20/2026 | A108 Communicate (other external) | P200 Fact gathering/due diligence | 0.39 |
| 05/20/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 0.25 |
| 05/21/2026 | A104 Review/analyze | P200 Fact gathering/due diligence | 0.31 |
| 05/21/2026 | A104 Review/analyze | P300 Structure/strategy/analysis | 0.43 |
| | | SERVICES RENDERED | HOURS | 19.29 |
| | | AMOUNT | $260 PER HOUR | $5,015.40 |

EXTRALEGAL LLC | ATTORNEYS AT LAW | 146-08 LIBERTY AVENUE | JAMAICA | NEW YORK 11435

EXPENSES

| DATE | EXPENSE | REFERENCE | AMOUNT |
|------|---------|-----------|--------|
| 05/21/2026 | X113 Postage | USPS delivery services fee | $26.65 |
| | | EXPENSES INCURRED | **$26.65** |
| | | TOTAL | **$5,042.05** |