

remy green <remy@femmelaw.com>

## Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter

**Ronald D. Coleman** <rcoleman@colemanlaw-pc.com>                Mon, May 11, 2026 at 12:58 PM
To: remy green <remy@femmelaw.com>
Cc: Lane Haygood <lhaygood@kusklaw.com>, Kathryn Tewson <ktewson@kusklaw.com>

The OfCom matter is a matter of public record, so I'll address it directly. I'm on it as litigation counsel for Preston Byrne, whose case it is. My engagement is limited to that proceeding. I'm not the right channel for an unrelated takedown request and would not be in a position to act as one in any event. Whatever direct remedies you have as to a third-party publication are available to you.

**Ronald D. Coleman**
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*

    Book time to meet with me

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Monday, May 11, 2026 12:57 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter

Hi Ron,

In addition to the above, I know you represent Kiwi Farms in another case.

Please advise whether you would be willing to discuss with that client whether removing the post would be feasible. We would appreciate a prompt response about whether you will have the discussion, subject to whether your other client would agree.

Yours,

Remy.

---

**J. Remy Green**

　　　*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |

| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____


On Mon, May 11, 2026 at 10:43 AM remy green <remy@femmelaw.com> wrote:

Ron,

I know you do not want to read my emails, but in light of this emergency situation, I would ask you to suspend that practice at least for today.

As for costs:

Our hourly tax professional is in an emergency sprint today to stop or minimize the chance of any fraud. We think we have been fast enough, but there may have been some ACH issues and we are stopping the bleeding before we review. Additionally, there are likely fees associated with closing the account you revealed and opening a new one.

This email is not about amount, but principle. I am trying to find out whether we need to prepare a motion for sanctions specifically on any costs -- and whether you are, in principle, agreeing to pay any costs your careless filing imposed.

Those costs would likely include, as I note:

- The hourly pay for relevant professionals dealing with this emergency;
- Any fraud that was successful in the interim between your posting our account details and our getting the account closed; and
- Any fees the bank has associated with closing the account you posted and opening a new account.

Obviously, we will send relevant invoices to be paid back. If you disagree in principle that those costs should be yours, we will seek relief from the Court.

Yours,

Remy.

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



On Mon, May 11, 2026 at 10:37 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

No it is not a yes. What costs would that be however?

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC

50 Park Place, Suite 1105

Newark, NJ 07102

973-264-9611

*Admitted to practice in New Jersey and New York*

**From:** remy green <remy@femmelaw.com>
**Sent:** Monday, May 11, 2026 10:30:05 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter

So…. Is that a yes, you will pay any costs associated with this?

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |

| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Mon, May 11, 2026 at 9:29 AM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

Good news.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC

50 Park Place, Suite 1105

Newark, NJ 07102

973-264-9611

*Admitted to practice in New Jersey and New York*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Monday, May 11, 2026 10:24:18 AM

**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter

Hi Ron,

Just as an update, I've confirmed with the Court that the docket entry was sealed last night.

Obviously, we are scrambling to close the account and prevent any fraud.  May I assume you will offer to cover any related costs?

Yours,

Remy.

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Sun, May 10, 2026 at 5:00 PM remy green <remy@femmelaw.com> wrote:

You can just highlight what you filed and copy/paste it:



_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Sun, May 10, 2026 at 4:59 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

I see what the Kiwi Farms poster wrote. I don't see where the information is shown in the redacted page.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

 Book time to meet with me

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Sunday, May 10, 2026 5:58 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter

Ron,

Can you be serious for one minute?



**COX9 NEWS**

**Gobermental Supervisor**
Live from the Goobybunker.

True & Honest Fan

kiwifarms.net

43 minutes ago

This addition feels too late to edit into the above post.

Hey Ron you fucking genius, learn to redact.
Fucking amateur hack.

Just click the link, man.

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Sun, May 10, 2026 at 4:57 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

What information do they have? I don't see it.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

Book time to meet with me

---

**From:** Lane Haygood <lhaygood@kusklaw.com>
**Sent:** Sunday, May 10, 2026 5:35 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>; remy green <remy@femmelaw.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter
**Importance:** High
**Sensitivity:** Confidential

Ron:

I disagree that "no emergency motion is warranted." If you'll look at this Kiwi Farms thread (https://kiwifarms.st/threads/alyssa-mercante-beerandfeminism-kombitchatearex-high-heeled-gamer-hayy-girl-hayy-uhlyssa15.194610/page-587#post-24465239), visible also in the attached screenshot, your attempt at redaction was insufficient and bad actors now have sensitive information for Cohen & Green. You need to rectify this immediately. Rest assured, if these people have managed to uncover this information, far worse people have or can as well. Please get on this without delay.

Lane

---

**From:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Sent:** Friday, May 8, 2026 5:38 PM
**To:** remy green <remy@femmelaw.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Lane Haygood <lhaygood@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** RE: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter

Remy,

No emergency motion is warranted. The wire transfer information in Exhibit F was redacted before filing. The timesheets in Exhibit A are not a settlement communication. They were produced pursuant to the Court's April 21 order directing Plaintiff to provide Defendant with her fee submission. A document made in compliance with a court order is not an offer to compromise a disputed claim within the meaning of Rule 408, and your cover email's unilateral label does not make it one. Nor is the designation an ECF 52 protective order designation or any other court-ordered restriction on use; it is not discovery.

As the letter explains, the Court cannot adjudicate a fee dispute without the fee submission before it, particularly where Plaintiff chose not to file it herself. If you believe a specific court order requires something different, please identify it.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

   Book time to meet with me

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, May 8, 2026 6:33 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>; Kathryn Tewson <ktewson@kusklaw.com>; Lane Haygood <lhaygood@kusklaw.com>; Admin <admin@femmelaw.com>
**Subject:** Fwd: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter

Hi Ron,

You filed, without redactions (again) material designated confidential.

Please make an emergency motion to address this.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



_____

---------- Forwarded message ---------
From: <ecf_bounces@nyed.uscourts.gov>
Date: Fri, May 8, 2026 at 5:31 PM
Subject: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Letter
To: <nobody@nyed.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Coleman, Ronald on 5/8/2026 at 6:30 PM EDT and filed on 5/8/2026

**Case Name:**          Mercante v. Tarzia

**Case Number:**        1:24-cv-08471-MKB-LKE

**Filer:**          Jeff Tarzia

**Document Number:** 88

**Docket Text:**
**Letter *Regarding Rule 37 Fee Objections* by Jeff Tarzia (Coleman, Ronald)**

**1:24-cv-08471-MKB-LKE Notice has been electronically mailed to:**

Lane Andrew Haygood &nbsp &nbsp lhaygood@kusklaw.com, ktewson@kusklaw.com

Remy Green &nbsp &nbsp remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, regina@femmelaw.com, remygreen@recap.email

Ronald D. Coleman &nbsp &nbsp rcoleman@colemanlaw-pc.com, 1205909420@filings.docketbird.com

**1:24-cv-08471-MKB-LKE Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:


**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=5/8/2026] [FileNumber=21078495-0]
[d88ece997e9aff33db18c05d40d0ff2a3ff9faef48dc43a27aef3129741cd26900144
ef9bf2201dfc750885ea327fac6dafd0a48922d994839d12f55301cd021]]