

remy green <remy@femmelaw.com>

## Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Memorandum in Opposition

**Ronald D. Coleman** <rcoleman@colemanlaw-pc.com>                    Fri, Jun 12, 2026 at 5:35 PM
To: remy green <remy@femmelaw.com>
Cc: Lane Haygood <lhaygood@kusklaw.com>, Kathryn Tewson <ktewson@kusklaw.com>

Remy,

No.  Nothing was copied from any report in any state of loading. As you acknowledge, I say in ECF 99 that the numbers did not come from Westlaw, and a report displaying no numbers supplies nothing to copy anyway.

I gave the "how" in ECF 99, and here it is with the brand name: I drafted with Claude, and it was Claude that supplied citation numbers that were plausible in form but wrong in fact for real cases with holdings I described accurately. My mistake, already acknowledged, was filing without checking them. The selection of the cases and the propositions they support was my judgment; the bad numbers were the tool's; the unperformed verification was mine alone.

That's the whole story, it's been on the docket since June 9, and it's not changing.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

 Book time to meet with me

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Thursday, June 11, 2026 11:28 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Memorandum in Opposition

Hi Ron,

In light of the order granting leave for a reply and the substantive reasons the Court had (e.g., our letter) for granting that leave, please let me know if there is any answer you have to either of the questions I asked above.

E.g.:

(1) Is the reason you're saying there were no citation numbers in the Westlaw AI output the fact that you grabbed case names before the AI query was complete?; and

(2) Since you're saying the numbers in the citation did not come from Westlaw, and were inserted in the drafting process and you say you did not do any further checking of the cases, where *did* they come from?

(That is, did you just make them up?  Did they come from asking another LLM to fill in citation numbers?  Something else?)

Yours,

Remy

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |

| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



On Wed, Jun 10, 2026 at 4:01 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

Remy,

Defendant does not consent to a reply.

Regarding your questions, no rule and no order of the court authorizes plaintiff to serve me with discovery or obligates me to answer questions to assist plaintiff with a motion seeking to sanction me or my client. The mechanism for compelling such an explanation might, under extreme circumstances not present here, have been an order to show cause, which Judge Eshkenazi declined to issue. Plaintiff demand for answers by email creates no obligation to provide them, and my declining to do so is neither a burden on plaintiff nor a basis for a reply or an order to show cause.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

  Book time to meet with me

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, June 10, 2026 4:29 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Memorandum in Opposition

Hi Ron,

Yes, to be clear, we were contemplating a motion.

I understand you are unwilling to answer these outstanding questions -- which, we think, is a very good reason a reply is needed (as is an OSC), and likely what we will include in a letter request.

Please let me know your position to include in a request for leave to reply.

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx.  / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Wed, Jun 10, 2026 at 3:23 PM Ronald D. Coleman <rcoleman@colemanlaw-pc.com> wrote:

> Remy,
>
> Judge Brodie's May 27 order on the appeal directed only that defendant respond, on or before June 10, and we filed that response on June 9. We don't read that order, or Rule 72 and Local Civil Rule 72.1(b),

as providing plaintiff with a reply. If plaintiff intends to seek leave for one, that is of course a matter for the Court.

As to your questions about our submission, our position on the facts is set out in our June 9 response at ECF 99.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105

Newark, NJ 07102
973-264-9611

*Admitted to practice in New Jersey and New York*

  Book time to meet with me

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, June 10, 2026 3:53 PM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Activity in Case 1:24-cv-08471-MKB-LKE Mercante v. Tarzia Memorandum in Opposition

Hi Ron,

In digging in to our reply, I just wanted to confirm something. I had someone run a quick search on Westlaw to look into the explanation that "The cases were identified through Westlaw's AI-assisted research, which returned the decisions and their holdings in summary form but without the corresponding Westlaw reporter numbers."

It looks like that is true *when the report is incomplete*, but is not true when it finishes -- Compare the screenshots below:

Complete report:



## Still loading:



Can you confirm if this is why you are saying Westlaw did not have case citation numbers? (e.g., that you copied and pasted them from the still-loading report rather than waiting for the report to finish?)

Relatedly, while that explanation says the numbers in the citations *did not* come from Westlaw, and that "[t]he incorrect numbers were introduced in drafting," it does not look like there's an explanation for *how* they were introduced in drafting. Can you tell us how that happened?

Yours,

Remy.

_____

**J. Remy Green**

  *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Tue, Jun 9, 2026 at 3:05 PM <ecf_bounces@nyed.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Coleman, Ronald on 6/9/2026 at 4:04 PM EDT and filed on 6/9/2026

**Case Name:**          Mercante v. Tarzia

**Case Number:**        1:24-cv-08471-MKB-LKE

**Filer:**              Jeff Tarzia

**Document Number:** 99

**Docket Text:**
**MEMORANDUM in Opposition re [96] Appeal of Magistrate Judge Decision to District Court,, filed by Jeff Tarzia. (Coleman, Ronald)**

**1:24-cv-08471-MKB-LKE Notice has been electronically mailed to:**

Lane Andrew Haygood &nbsp &nbsp lhaygood@kusklaw.com, ktewson@kusklaw.com

Remy Green &nbsp &nbsp remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, regina@femmelaw.com, remygreen@recap.email

Ronald D. Coleman &nbsp &nbsp rcoleman@colemanlaw-pc.com, 1205909420@filings.docketbird.com

**1:24-cv-08471-MKB-LKE Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/9/2026] [FileNumber=21170989-0]
[957ddfa9d6ccc160bc52896c9fc41cc3752c2038eb6e1a3a71a7739d5be8aff28ad75
9db89b4088141b0738a40e10209ed247aa6728bef7e0a8de1a675fd430e]]