THOMSON REUTERS
**WESTLAW ADVANTAGE**

COHEN...    History    Folders    My links    Notifications     CoCounsel    Sign out

AI Deep Research
Can you provide cases (including unreported decisions) on whether, in the Eastern District of Ne…

[ + Start new research ]

📄 **Report**    ✓ **Verify**    📝 **Enhance**    💬 **Follow-ups**    🔗 **Sources (8)**    ☰ **Research steps**

---

☐  Include all sources for full text delivery  ·  No items selected

# Cited in report

[ Filter ]

## Cases

☐    1. **A.M. v. City of New York** ↗
United States District Court, E.D. New York.  •  August 08, 2022  •  Not Reported in Fed. Supp.  •  2022 WL 20472225

> **AI document summary**
> Recommending denial of attorneys' fees application filed as a letter-motion without a notice of motion, memorandum of law, or supporting declarations, holding that Local Civil Rule 7.1(a) requires a formal notice of motion for dispositive fee applications.

> **Supporting section**                                      ‹ 1 of 2 ›
> …In the February Report and Recommendation, this Court made clear that plaintiffs' motion for attorney's fees "is a dispositive motion seeking approval of a settlement of the entire federal action." (R&R at 5). Thus, under the Local Rules, the motion should be made in accordance with Local Civil Rule 7.1(a). Rule 7.1(a) stipulates that any dispositive motion should be accompanied by a Notice of Motion, a Memorandum of Law, and supporting affidavits and exhibits….

☐    2. 🚩 **Fernandez v. North Shore Orthopedic Surgery & Sports Medicine, P.C.** ↗
United States District Court, E.D. New York.  •  February 04, 2000  •  Not Reported in F.Supp.2d  •  2000 WL 130637

> **AI document summary**
> Exercising discretion to accept an attorneys' fees application styled as an "Affirmation in Support of Legal Fees" without a formal notice of motion, while admonishing counsel for multiple procedural deficiencies.

> **Supporting section**                                      ‹ 1 of 2 ›
> …IV. Timeliness of Plaintiff's Counsel's Application for Attorneys' Fees. Despite these concerns, the Court notes plaintiff's counsel's application for attorneys' fees was timely filed with the Eastern District of New York pursuant to the rules of that court. Therefore, the Court, in its discretion, will not deny plaintiff's counsel's application for attorneys' fees….

3. **D. Klein & Son, Inc. v. Good Decision, Inc.** 🔗

United States District Court, S.D. New York.  •  January 20, 2009  •  Not Reported in Fed. Supp.  •  2009 WL 144777

**AI document summary**

Denying a motion for failure to include a memorandum of law as required by Local Civil Rule 7.1, and confirming that the Eastern District of New York follows the same Civil Rule 7.1 as the Southern District.

**Supporting section**                                                    ‹  1 of 2  ›

...I. Plaintiff's Motion.A. Non-Compliance with S.D.N.Y. Civil Rule 7.1. The Eastern District of New York follows the same Civil Rule 7.1 as does the Southern District....

4. **U.S. v. Four Hundred Seventeen Thousand, One Hundred Forty-Three Dollars and Forty-Eight Cents ($417,143.48)** 🔗

United States District Court, E.D. New York.  •  September 02, 2015  •  Not Reported in F.Supp.3d  •  2015 WL 5178121

**AI document summary**

Noting that Local Civil Rule 7.1(a) requires a notice of motion as a separate document from the memorandum of law in support of any motion filed in the E.D.N.Y.

**Supporting section**

...Neither the government nor Claimants filed their motions in compliance with Rule 7.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Civil Rules"), requiring a notice of motion separate from the memorandum of law in support thereof. See Local Civil Rules 7.1(a), available at htt p:// www.nysd.uscourts.gov/rules/rules.pdf....

5. **Kim v. J&J Safetymate Corp.** 🔗

United States District Court, E.D. New York.  •  September 30, 2025  •  Slip Copy  •  2025 WL 2783273

**AI document summary**

Treating a motion for attorneys' fees as a standard motion subject to Local Civil Rule 6.1(b)'s opposition deadline, confirming that attorneys' fees motions are governed by the full framework of E.D.N.Y. local motion practice rules.

6. 🚩 **Osier v. Broome County** 🔗

United States District Court, N.D. New York.  •  May 11, 1999  •  47 F.Supp.2d 311  •  1999 WL 304683

**AI document summary**

Holding that local rules are not suggestions but impose binding procedural requirements upon parties litigating in the district.

## Statutes

7. **Rule 7.1    Form and Length of Briefs, Motions, and Other Papers** 🔗

NY R USDCTS&ED Civ Rule 7.1

**AI document summary**

Joint Local Civil Rule 7.1 of the United States District Courts for the Southern and Eastern Districts of New York, requiring all motions to include a notice of motion, memorandum of law, and supporting affidavits and exhibits, with a narrow exception for letter-motions limited to non-dispositive matters.

**Supporting section**    ‹ 1 of 3 ›

...Except for letter-motions as permitted by this or any other Rule, or as otherwise directed by the court: (a) Content of Motion Papers. All motions must include the following motion papers: (1) A notice of motion, or an order to show cause signed by the court, which must specify the applicable rules or statutes pursuant to which the motion is brought, and must specify the relief sought by the motion; (2) A memorandum of law, setting forth the cases and other authorities relied on in support of the motion, and divided, under appropriate headings,

8. **Rule 54.   Judgment; Costs** ↗
FRCP Rule 54

**AI document summary**
Federal Rule of Civil Procedure 54(d)(2), requiring that a claim for attorneys' fees be made by motion filed within 14 days of judgment, specifying the grounds and amount sought, but not prescribing a separate notice of motion document.

**Supporting section**
...(B) Timing and Contents of the Motion. Unless a statute or a court order provides otherwise, the motion must: (i) be filed no later than 14 days after the entry of judgment; (ii) specify the judgment and the statute, rule, or other grounds entitling the movant to the award; (iii) state the amount sought or provide a fair estimate of it; and (iv) disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made....



Westlaw Advantage. © 2026 Thomson Reuters   •   Accessibility   •   Privacy   •   Cookie Settings   •   Supplier terms        *Thomson Reuters is not providing professional advice*