# How Westlaw AI Deep Research works

✕

Westlaw AI Deep Research uses large language models - a type of agentic AI - and focuses the models on the language of cases, statutes, regulations, administrative law decisions, Practical Law content, select secondary sources and current awareness content to improve accuracy.

All cited sources are referenced in the response with the actual language from the source and links to read the full document. Even with these and other precautions, Westlaw AI Deep Research can occasionally produce inaccuracies, so it should always be used as part of the research process, with additional research to fully understand the nuance of the issues and further improve accuracy.

The AI-generated response can be extraordinarily useful for getting an overview of the issues and citations to authority, but it should *never* be used to advise a client, write a brief or motion for a court, or otherwise be relied on without doing further research.

Use it to accelerate thorough research. Don't use it as a replacement for thorough research.

Visit the AI Court Rules page to review the court rules, orders that update court rules, proposed and adopted legislation, and select orders from individual judges that address the use of artificial intelligence in legal research and drafting. Please consult all applicable rules of practice prior to filing documents that rely on AI-based tools.  Review AI Court Rules and Orders ⧉

**Manage Your Privacy Choices**

Cookie Settings

All Thomson Reuters websites use cookies and other trackers to provide our services and ensure their security. We may also use cookies and other trackers to improve your online experience, serve personalized ads or content, and analyze our traffic unless you opt-out by updating your Cookie Settings.

Cookie Statement    Privacy Statement

✕

# How Westlaw AI Deep Research works

Westlaw AI Deep Research uses large language models - a type of agentic AI - and focuses the models on the language of cases, statutes, regulations, administrative law decisions, Practical Law content, select secondary sources and current awareness content to improve accuracy.

All cited sources are referenced in the response with the actual language from the source and links to read the full document. Even with these and other precautions, Westlaw AI Deep Research can occasionally produce inaccuracies, so it should always be used as part of the research process, with additional research to fully understand the nuance of the issues and further improve accuracy.

The AI-generated response can be extraordinarily useful for getting an overview of the issues and citations to authority, but it should *never* be used to advise a client, write a brief or motion for a court, or otherwise be relied on without doing further research.

Use it to accelerate thorough research. Don't use it as a replacement for thorough research.

Visit the AI Court Rules page to review the court rules, orders that update court rules, proposed and adopted legislation, and select orders from individual judges that address the use of artificial intelligence in legal research and drafting. Please consult all applicable rules of practice prior to filing documents that rely on AI-based tools.  [Review AI Court Rules and Orders](#) ↗

## Manage Your Privacy Choices

All Thomson Reuters websites use cookies and other trackers to provide our services and ensure their security. We may also use cookies and other trackers to improve your online experience, serve personalized ads or content, and analyze our traffic unless you opt-out by updating your Cookie Settings.

**Cookie Statement**   **Privacy Statement**

# How Westlaw AI Deep Research works

Westlaw AI Deep Research uses large language models - a type of agentic AI - and focuses the models on the language of cases, statutes, regulations, administrative law decisions, Practical Law content, select secondary sources and current awareness content to improve accuracy.

All cited sources are referenced in the response with the actual language from the source and links to read the full document. Even with these and other precautions, Westlaw AI Deep Research can occasionally produce inaccuracies, so it should always be used as part of the research process, with additional research to fully understand the nuance of the issues and further improve accuracy.

The AI-generated response can be extraordinarily useful for getting an overview of the issues and citations to authority, but it should *never* be used to advise a client, write a brief or motion for a court, or otherwise be relied on without doing further research.

Use it to accelerate thorough research. Don't use it as a replacement for thorough research.

Visit the AI Court Rules page to review the court rules, orders that update court rules, proposed and adopted legislation, and select orders from individual judges that address the use of artificial intelligence in legal research and drafting. Please consult all applicable rules of practice prior to filing documents that rely on AI-based tools.  [Review AI Court Rules and Orders ↗](#)

## Manage Your Privacy Choices

All Thomson Reuters websites use cookies and other trackers to provide our services and ensure their security. We may also use cookies and other trackers to improve your online experience, serve personalized ads or content, and analyze our traffic unless you opt-out by updating your Cookie Settings.

**Cookie Statement**   **Privacy Statement**

# How Westlaw AI Deep Research works

Westlaw AI Deep Research uses large language models - a type of agentic AI - and focuses the models on the language of cases, statutes, regulations, administrative law decisions, Practical Law content, select secondary sources and current awareness content to improve accuracy.

All cited sources are referenced in the response with the actual language from the source and links to read the full document. Even with these and other precautions, Westlaw AI Deep Research can occasionally produce inaccuracies, so it should always be used as part of the research process, with additional research to fully understand the nuance of the issues and further improve accuracy.

The AI-generated response can be extraordinarily useful for getting an overview of the issues and citations to authority, but it should *never* be used to advise a client, write a brief or motion for a court, or otherwise be relied on without doing further research.

Use it to accelerate thorough research. Don't use it as a replacement for thorough research.

Visit the AI Court Rules page to review the court rules, orders that update court rules, proposed and adopted legislation, and select orders from individual judges that address the use of artificial intelligence in legal research and drafting. Please consult all applicable rules of practice prior to filing documents that rely on AI-based tools.  Review AI Court Rules and Orders ↗

## Manage Your Privacy Choices

All Thomson Reuters websites use cookies and other trackers to provide our services and ensure their security. We may also use cookies and other trackers to improve your online experience, serve personalized ads or content, and analyze our traffic unless you opt-out by updating your Cookie Settings.

Cookie Statement   Privacy Statement

# How Westlaw AI Deep Research works

Westlaw AI Deep Research uses large language models - a type of agentic AI - and focuses the models on the language of cases, statutes, regulations, administrative law decisions, Practical Law content, select secondary sources and current awareness content to improve accuracy.

All cited sources are referenced in the response with the actual language from the source and links to read the full document. Even with these and other precautions, Westlaw AI Deep Research can occasionally produce inaccuracies, so it should always be used as part of the research process, with additional research to fully understand the nuance of the issues and further improve accuracy.

The AI-generated response can be extraordinarily useful for getting an overview of the issues and citations to authority, but it should *never* be used to advise a client, write a brief or motion for a court, or otherwise be relied on without doing further research.

Use it to accelerate thorough research. Don't use it as a replacement for thorough research.

Visit the AI Court Rules page to review the court rules, orders that update court rules, proposed and adopted legislation, and select orders from individual judges that address the use of artificial intelligence in legal research and drafting. Please consult all applicable rules of practice prior to filing documents that rely on AI-based tools. [Review AI Court Rules and Orders](#) ↗

## Manage Your Privacy Choices

All Thomson Reuters websites use cookies and other trackers to provide our services and ensure their security. We may also use cookies and other trackers to improve your online experience, serve personalized ads or content, and analyze our traffic unless you opt-out by updating your Cookie Settings.

**Cookie Statement**    **Privacy Statement**