UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Alyssa Mercante,

                Plaintiff,

      v.

Jeff Tarzia,

                Defendant.
------------------------------------X

Case No.: 24-CV-8471 (MKB) (LKE)

**STIPULATION**

The Parties have agreed and stipulated, by and through their counsel as follows:

1. Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant provides this "written consent" (*id.*) to the filing of Plaintiff's Third Amended Complaint, in the form annexed hereto.

2. That consent is without prejudice to, and Defendant expressly reserves, all defenses, objections, and rights with respect to the amended pleading, including under Rules 12(b) and 12(f), and nothing in the consent or the stipulation waives or affects Defendant's position that this Court lacks personal jurisdiction over him.

3. Defendant shall answer, move, or otherwise respond to the Third Amended Complaint within thirty (30) days after the Court resolves the forthcoming consent motion to transfer venue and the transferee court receives the file, or within forty-five (45) days after denial of such a motion.

**AGREED, BY AND BETWEEN:**

_____
J. Remy Green
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385
(929) 888-9480
remy@femmelaw.com
*Attorneys for Plaintiff*

_____
Ronald D. Coleman
**COLEMAN LAW FIRM, P.C.**
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Defendant*

**SO ORDERED:**

_____
Hon. Lara K. Eshkenazi, United States Magistrate Judge
Dated: _____, 2026

1