**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Mercante,

*Plaintiff,*

v.

Tarzia,

*Defendant.*

Case No. 24-cv-8471 (MKB) (LKE)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the the accompanying Memorandum of Law, and all other papers and proceedings to date, Plaintiff Alyssa Mercante, by and through her counsel, will move the Honorable Margo K. Brodie, at the courthouse located at 225 Cadman Plaza East Brooklyn New York 11201, at a date and time to be determined by the Court, for an Order:

1. Transferring this case to the Southern District of California under 28 U.S.C. § 1404;

2. Staying such transfer order, until the resolution of (a) the pending motion for sanctions relating to the filing of Plaintiff's counsel's bank information and (ECF Nos. 100, 102, and 103) and (b) the pending appeal concerning LLM use and outputs (ECF Nos. 96, 99, and 104); and

3. Granting any further or other relief the Court deems just and proper, and/or addressing the issue of jurisdiction over the pending motion and appeal in such other way as the Court deems proper.

Dated: July 23, 2026
       Queens, New York

Respectfully submitted,

**COHEN&GREEN P.L.L.C.**

/s/
_____

**BY:**      J. Remy Green

1639 Centre St., Suite 216
Ridgewood, New York 11385
t : (929) 888-9480
f:  (929) 888-9457
e:  remy@femmelaw.com

1