UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALYSSA MERCANTE,

                        Plaintiff,                    Case No. 24-cv-8471 (MKB) (LKE)

          -against-

JEFF TARZIA,

                        Defendant.
------------------------------------------------------------X

**DEFENDANT'S STATEMENT REGARDING
PLAINTIFF'S MOTION TO TRANSFER**

Defendant Jeff Tarzia submits this statement in connection with Plaintiff's motion to transfer this action to the Southern District of California and to stay that transfer, filed pursuant to the Court's July 8, 2026 order.

Defendant's position, quoted to the Court at ECF No. 105 n.1, is that he "will not oppose a transfer of this action to the Southern District of California; his position remains that this Court lacks personal jurisdiction over him, and non-opposition to transfer is not a concession that jurisdiction or venue is or ever was proper in this District." That position is unchanged.

Defendant likewise does not oppose the stay Plaintiff requests pending resolution of the motion at ECF Nos. 100, 102, and 103 and the objection at ECF Nos. 96, 99, and 104. Defendant does not join Plaintiff's motion, and no defense is waived by this statement.

Defendant takes no position on the account of the procedural history set out in Plaintiff's memorandum. That account is Plaintiff's characterization rather than an agreed statement of facts, and Defendant does not adopt it. Defendant declines to burden the Court with that disagreement in connection with relief the parties have agreed upon, and asks only that his silence not be read as assent.

Dated:  July 23, 2026
        Newark, New Jersey

                    Respectfully submitted,

                    **COLEMAN LAW FIRM, PC**

                    Ronald D. Coleman
                    50 Park Place, Suite 1105
                    Newark, New Jersey 07102
                    (973) 264-9611
                    rcoleman@colemanlaw-pc.com
                    *Attorneys for Defendant Jeff Tarzia*