COHEN & GREEN

October 1, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re: Mercante v. Tarzia, 24-cv-08471**

Dear Judge Eshkenazi:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. I write to ask the Court to extend (or clarify it is already case this extension exists), *sine die*, the time to apply for mandatory fees related to the sanctions the Court just issued (ECF No. 112), with a deadline to be reset by the new District Court upon transfer. Defendant and his counsel consent.

Per the Court's Rules: (1) it is not 100% clear what the deadline is, in light of the various transfer orders and the fact that the sanctions are not a judgment, it may be October 2, 2026 under Rule 54(d)(2)(B)(i); (2) a brief explanation for the reason is below; (3) Defendant and counsel against whom the fees would run consent; (4) there have been no prior extensions.

As far as the reason, as the Court said in the sanctions order itself, " "Rule 37(b)(2)(c) provides that the Court must order the sanctioned party to 'pay the reasonable expenses, including attorney's fees, caused by the failure' to comply with a court order." ECF No. 112 at 5. But "[r]egarding attorney's fees, the Court notes that the parties have consented to transfer, and Plaintiff agrees to seek any attorney's fees related to this motion in the transferee court." *Id.* at 5 n. 1. It appears the Court therefore approved of that plan. However, transfer will not take place until after resolution of a pending appeal — and there will be housekeeping upon arrival.

Accordingly, Plaintiff asks the Court to extend the deadline to apply for the attorneys' fees "the Court must order the sanctioned party to 'pay'" (ECF No. 112 at 5) *sine die*, so that the transferee Court may reset an appropriate deadline once the case arrives and any relevant housekeeping is done.

As always, we thank the Court for its time and attention.

Respectfully submitted,
/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*

**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.