COHEN&GREEN

October 9, 2026

Hon. Margo K. Brodie, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

By Electronic Filing.

**Re: Mercante v. Tarzia, 24-cv-08471**

Dear Judge Brodie:

As the Court may recall, my firm (with co-counsel) represents Plaintiff in the case above.

In an abundance of caution, I am writing to briefly address to Defendant's letter motion for reconsideration (ECF No. 116 at 2 ("I also ask that the Court reconsider its Rule 11 determination…")). My understanding is that no response would be required, because Defendant did not comply with the local rules for reconsideration motions. *See, e.g.,* Local Civ. R. 6.3 ("There must be served with the notice of motion a memorandum…"). In light of that procedural issue, I am assuming the Court does not want us to address the merits of the letter request.[1] Likewise, given the transfer, it is not clear if the Court would still have jurisdiction to review the request (as opposed to the request being reviewed in the transferee court) even if it were properly made.

Accordingly, if the Court would like a merits response, I respectfully ask that it let us know.

As always, I thank the Court for its time and consideration.

Respectfully submitted,
/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

[1] I do want to take the opportunity to sincerely apologize that the appeal suggested "Plaintiff's request" to be that the Court "review [] all twenty-two filings by counsel for Defendant." ECF No. 144 at 24 n. 13. I wish I had known the Court had read our request that way, so that I could have confirmed I had already done that review, and was focused instead on the filings discussed in the memorandum.